UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691 |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | NOVEMBER 7, 2003 |

_____

## **DEFENDANT'S MOTION FOR JUDGMENT**

    The defendant, American Telephone and Telegraph Company ("AT&T"), respectfully requests that this Court re-enter judgment in its favor in light of plaintiff's continued failure to prosecute this case.  Pursuant to this Court's Ruling on Motion to Set Aside Default Judgment, plaintiff was required to respond to AT&T's Motion to Dismiss on or before October 7, 2003.  On October 3, 2003, plaintiff's counsel, William Shea, contacted the undersigned to request consent to a 30-day extension of time in which to respond to the Motion to Dismiss.  The undersigned informed Attorney Shea that AT&T would consent to the extension so long as plaintiff's Motion for Extension of Time acknowledged AT&T's position that it would not agree to any further extensions of that deadline.  Attorney Shea indicated that he would incorporate that statement into

**ORAL ARGUMENT IS REQUESTED**

his motion.

Instead, plaintiff did not file <u>any</u> Motion for Extension of Time. Moreover, even if he had done so, and even if that Motion had been granted by the Court, plaintiff's 30-day extension of time would have expired on November 6, 2003. Accordingly, this Court should enter judgment in favor of the defendant.

This is not the first time plaintiff has evidenced a failure diligently to prosecute this case. Defendant originally filed a Motion to Dismiss on May 28, 2002. Plaintiff never filed a response thereto (or a motion for extension of time), notwithstanding the 21-day time limit within which to do so. After this Court initially entered judgment in favor of the defendant on October 21, 2002, plaintiff filed a Motion for Reconsideration to Set Aside Default and Open Judgment, which the Court ultimately granted on September 16, 2003. Since that date, plaintiff has filed neither a response to the defendant's Motion to Dismiss nor a Motion for Extension of Time.

This case has dragged on for over a year and a half. AT&T's Motion to Dismiss has been pending since May 28, 2002 with no response from the plaintiff. Throughout this litigation, plaintiff has done nothing to advance his claims and has shown repeated disregard for deadlines articulated both in the Local Rules of Civil Procedure and by this Court. AT&T is entitled to some finality in this case. There is no excuse for plaintiff's repeated lack of diligence in pursing his claims. Accordingly, the defendant respectfully requests that this Court re-enter Judgment in its favor.

-3-

        THE DEFENDANT,
        AMERICAN TELEPHONE AND
        TELEGRAPH COMPANY,


By:_____
        Victoria Woodin Chavey (ct14242)
        Eric L. Sussman (ct19723)
For:  Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        Its Attorneys

## CERTIFICATE OF SERVICE

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to: William T. Shea, Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.

_____
Eric L. Sussman