FILED

2003 NOV -7 P 3: 57

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. FELEKEY,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02CV00691 (CFD) |
| V. | |
| AMERICAN TELEPHONE AND<br>TELEGRAPH COMPANY<br>Defendant. | NOVEMBER 7, 2003 |

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Plaintiff objects to defendant's Motion to Strike all counts of the plaintiff's complaint.

Plaintiff respectfully objects to the defendant's claim that plaintiff's four claims are deficient as a matter of law.

Plaintiff respectfully claims he has alleged sufficient facts properly to state his claims which are grounded in Connecticut Statutory law CGS 31-71 and Connecticut common law as set forth more fully in the accompanying Memorandum of Law.

THE PLAINTIFF,
ROBERT FELEKEY

By: /s/ William T. Shea
William T. Shea (ct 05211)
Shea & Cook, P.C., 290 Pratt Street,
P.O. Box 1856, Meriden, Connecticut 06450
Tel.(203) 634-1444  Fax (203)634-1297
His Attorney

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this 7th day of November, 2003, postage prepaid, to:

> Eric L. Sussman, Esq.,
> Day, Berry & Howard, LLP,
> CityPlace I,
> Hartford, CT   06103-3499

_____
William T. Shea