UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 13 P 12: 21
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691 |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | NOVEMBER 11, 2003 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR JUDGMENT

Defendant has moved for judgment in the above entitled matter based on a failure of plaintiff to move for an extension of time to object to defendant's Motion to Dismiss plaintiff's complaint and present affidavit pursuant to Rule 56.

On receipt of defendant's motion, plaintiff reviewed the file and attaches a copy of a Motion for Extension of Time dated October 3, 2003 with appropriate certification to Attorney Eric L. Sussman, which was mailed to the court and Attorney Sussman on October 3, 2003.

Plaintiff completed his objection with Affidavits and exhibits pursuant to FRCP 56 and filed the same in timely fashion on November 7, 2003.

ORAL ARGUMENT REQUESTED

Plaintiff cannot understand why Attorney Sussman did not receive said motion which plaintiff's counsel's staff assures the same was mailed on October 3, 2003 after Attorney Shea conferred by telephone with Attorney Sussman and included the information as to the defendant's position as related by Attorney Sussman.

In the event there was a failure in mail delivery, plaintiff respectfully moves the court to grant the motion for extension to time pursuant to Rule 6(b).

Plaintiff's objection with affidavit and exhibits was properly filed within the time allowed on November 7, 2003 with a copy and certification to Attorney Sussman.

                                        THE PLAINTIFF,
                                        ROBERT FELEKEY

By: _____
                                        William T. Shea (ct 05211)
                                        Shea & Cook, P.C.
                                        290 Pratt Street
                                        P.O. Box 1856
                                        Meriden, Connecticut 06450
                                        (203) 634-1444
                                        His Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this 11th day of November, 2003, postage prepaid, to:

    Eric L. Sussman, Esq.,
    Day, Berry & Howard, LLP,
    CityPlace I,
    Hartford, CT  06103-3499

                                                 _____
                                                 William T. Shea

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. FELEKEY, | CIVIL ACTION NO. |
| Plaintiff, | 3:02CV00691 |
| V. | |
| AMERICAN TELEPHONE AND TELEGRAPH COMPANY | |
| Defendant. | OCTOBER 3, 2003 |

## MOTION FOR EXTENSION OF TIME TO OBJECT TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND PRESENT AFFIDAVIT PURSUANT TO RULE 56

On September 16, 2003, the court, Droney, J., granted plaintiff's Motion to Set Aside Default Judgment ordering plaintiff to respond to defendant's Motion to Dismiss within 21 days of the order.

Federal Rules of Civil Procedure 12(b)(6) provides that in motions to dismiss for failure of the pleading to state a claim upon which relief may be granted, matters outside the pleading may be presented to the court and will not be excluded by the court. The rule provides that the motion shall be treated as one for summary judgment and all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56.

Plaintiff's counsel has discussed with plaintiff the presentation of affidavits as referenced in Rule 56 and plaintiff has initiated the collection of records to assist in the preparation of his affidavit and submission to the court.

Plaintiff requests an extension of thirty (30) days to complete his gathering of information and memoranda and filling of his objection and presentation of said affidavits and exhibits pursuant to Rule 56.

Defendant's counsel has informed plaintiff's counsel that the defendant has no objection provided this will be the final extension granted.

THE PLAINTIFF,
ROBERT FELEKEY

By: _____
William T. Shea (ct 05211)
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, Connecticut 06450
(203) 634-1444
His Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to:

> Eric L. Sussman, Esq.,
> Day, Berry & Howard, LLP,
> CityPlace I,
> Hartford, CT   06103-3499

_____
William T. Shea