

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691 (CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | NOVEMBER 7, 2003 |

### DEFENDANT'S MOTION FOR JUDGMENT

The defendant, American Telephone and Telegraph Company ("AT&T"), respectfully requests that this Court re-enter judgment in its favor in light of plaintiff's continued failure to prosecute this case. Pursuant to this Court's Ruling on Motion to Set Aside Default Judgment, plaintiff was required to respond to AT&T's Motion to Dismiss on or before October 7, 2003. On October 3, 2003, plaintiff's counsel, William Shea, contacted the undersigned to request consent to a 30-day extension of time in which to respond to the Motion to Dismiss. The undersigned informed Attorney Shea that AT&T would consent to the extension so long as plaintiff's Motion for Extension of Time acknowledged AT&T's position that it would not agree to any further extensions of that deadline. Attorney Shea indicated that he would incorporate that statement into

**ORAL ARGUMENT IS REQUESTED**

DENIED, in light of subsequent filings. So ordered.

Christopher F. Droney
United States District Judge
7/04