



FILED

2004 JUL 13  A 10: 32

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROBERT J. FELEKEY,             :    CIVIL ACTION NO. 3:02cv00691 (CFD)
      Plaintiff,         :

V.                        :
                           :

AMERICAN TELEPHONE AND    :
TELEPHONE COMPANY
      Defendant.        :    JULY 13, 2004

## STATUS REPORT

Pursuant to this Court's Order Re Status dated July 6, 2004, the defendant, American

Telephone and Telegraph Company ("AT&T") hereby submits this Status Report.  Defendant

attempted to obtain input from plaintiff's counsel regarding this Report,[1] but plaintiff's counsel has

not responded.

## I.    Nature of the Case

Plaintiff worked for AT&T as a salesperson from 1979 to 1999.  Plaintiff claims that, when

he first began his employment with AT&T, company personnel made oral or written

representations to him to the effect that his employment would not be terminated except for just

and reasonable cause.  AT&T terminated plaintiff's employment on October 15, 1999.  Plaintiff

---

[1] See Letter from Atty Sussman to Atty Shea of 7/9/04, attached as Exhibit A.

claims damages for: (1) wrongful termination; (2) breach of contract; (3) breach of the implied covenant of good faith and fair dealing; and (4) intentional infliction of emotional distress.

Defendant filed a Motion to Dismiss plaintiff's Complaint on May 28, 2002. That Motion is currently pending before the Court.

This matter will be tried to the Court.

**II.    Discovery**

The parties have not conducted any discovery to date in light of: (1) defendant's pending Motion for Judgment, which the court recently denied on July 7, 2004; and (2) defendant's pending Motion to Dismiss. Defendant requests up to and including January 20, 2005 to complete discovery. In this regard, defendant requests modification of the Court's Scheduling Order.

**III.    Settlement**

The parties have not engaged in any settlement discussions. Defendant has considered the desirability of attempting to settle the case before undertaking significant discovery. A settlement conference would not likely be productive at this time.

**IV.    Trial Preparation**

Defendant anticipates that this case will be ready for trial on March 21, 2005 in light of the fact that neither party has yet conducted any discovery.

THE DEFENDANT,
AMERICAN TELEPHONE AND
TELEGRAPH COMPANY

By: *(signature)*

Victoria Woodin Chavey (ct14242)
Eric L. Sussman (ct19723)
For:   Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103-3499
       (860) 275-0100
       Its Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent this date via facsimile and first class mail, postage prepaid, to: William T. Shea, Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT  06450.

*(signature)*

Eric L. Sussman

Exhibit
A

# Day, Berry & Howard LLP

C O U N S E L L O R S   A T   L A W

Eric L. Sussman
Direct Dial: (860) 275-0276
E-mail: elsussman@dbh.com

July 9, 2004

**VIA FACSIMILE AND OVERNIGHT MAIL**

William T. Shea, Esq.
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, CT  06450

Re:    **Felekey v. AT&T**, Civil Action No. 3:02CV00691

Dear Attorney Shea:

Attached is a copy of the Court's Order Re Status, requiring the parties to file a joint status report on or before July 13, 2004.  We assume that you will prepare an initial draft of such a report for our review, in time for filing on July 13th.  Thank you.

Very truly yours,

Eric L. Sussman

Attachment

cc:    Victoria Woodin Chavey, Esq. (w/ attachment)