FILED

2004 OCT -5 A 11: 01

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691 (CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | SEPTEMBER 28, 2004 |

### MOTION FOR EXTENSION OF TIME

Plaintiff's counsel has been ordered to pick a jury in a New Haven Superior Court case, Docket No. CV-02-0470542 S on October 4, 2004 in a matter that will probably take over one week to complete. Plaintiff therefore requests an extension on the argument on Defendant's Motion to Dismiss (Document #8).

THE PLAINTIFF,
ROBERT FELEKEY

By: _____
William T. Shea (ct 05211)
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, Connecticut 06450
(203) 634-1444
His Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent this 28th day of September, 2004, via facsimile and first class mail, postage prepaid, to:

    Eric L. Sussman, Esq.,
    Victoria Woodin Chavey, Esq.
    Day, Berry & Howard, LLP
    CityPlace I,
    Hartford, CT   06103-3499

    Richard C. Tynan, Esq.
    Halloran & Sage
    One Goodwin Sq.
    225 Asylum Street
    Hartford, CT   06103

_____
William T. Shea