UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. FELEKEY, | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV00691 (CFD) |
| | : |
| V. | : |
| | : |
| AMERICAN TELEPHONE AND | : |
| TELEGRAPH COMPANY | : |
| Defendant. | : JULY 22, 2004 |

*Status Report*

A. **NATURE OF CASE**

1. Plaintiff was a salaried and commission sales person for defendant who was terminated for alleged cause on October 15, 1999. plaintiff initiated a claim for wrongful termination and commission owed in the Superior Court for the Judicial District of New Haven at Meriden on March 19, 2002 returnable on April 23, 2002. Plaintiff claims that on frequent occasions since his hiring in 1970 company representatives made oral or written representations to him that his employment would not be terminated except for just and reasonable cause. Plaintiff claims damages for: (1) wrongful termination; (2) beach of contract; (3) breach of the implied covenant of good faith and fair dealing; and (4) intentional infliction of emotional distress.

2. Defendant removed the case to this court by petition of April 18, 2002.

3. Defendant filed a Motion to Dismiss plaintiff's complaint which was objected to by plaintiff and is pending.

4. The matter will be tried to a jury.

## B. DISCOVERY

Discovery is not completed because of the pending motion to dismiss the complaint. If the court rules in plaintiff's favor, plaintiff's discovery should be completed within six months and will consist of production of defendant's records and deposition of defendant's employees.

## C. SETTLEMENT

1. There has not been any settlement conference.

2. Plaintiff believes settlement conferences are generally beneficial and particularly in view of commission claims would be appropriate.

## D. TRIAL PREPARATION

1. Case can be ready for trial within three months following completion of discovery.

2. There has been no discussion of additional preparations.

3. Plaintiff is not aware of additional pleading requirements

4. No case management report has been issued.

THE PLAINTIFF,
ROBERT FELEKEY

By: _____
William T. Shea (ct 05211)
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, Connecticut 06450
(203) 634-1444
His Attorney

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent this date via facsimile and first class mail, postage prepaid, to: Eric L. Sussman, Day, Berry & Howard LLP, City Place I, Hartford, CT 06103-3499.

_____
William T. Shea