# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BERRY and ELIZABETH BERRY, | : | Civil Action No. 303CV0501 (WWE) |
| Plaintiffs, | : | |
| V. | : | |
| JUDITH JACKSON, SEA SPAS, LLC a/k/a JUDITH JACKSON SPA a/k/a JUDITH JACKSON SEA SPAS, INC., a/k/a JUDITH JACKSON, INC., and JUDITH JACKSON, individually, | : : : | DECEMBER 15, 2004 |
| Defendants. | : | |

## DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

The Defendants, JUDITH JACKSON, SEA SPAS, LLC, a/k/a JUDITH JACKSON SPA, a/k/a JUDITH JACKSON SEA SPAS, INC., a/k/a JUDITH JACKSON, INC., and JUDITH JACKSON, individually, hereby move for a thirty (30) day extension of time in which to respond to the Plaintiffs' Third Set of Requests for Production, dated December 8, 2004. At present, the Defendants' responses to the Plaintiffs' Third Set of Requests for Production would be due on or before January 10, 2005. Thus, the Defendants' instant request to extend the time limitation up to thirty days would allow the Defendants to respond to the Plaintiffs' Third Set of Requests for Production on or before February 7, 2005.

The reasons for the requested extension are as follows:

1. The Defendants are compiling documents, but such documents must be obtained from various locations; and

2. This is the Defendants' first request for an extension of time with regard to the

   Plaintiffs' Third Set of Discovery Requests.

   This matter has not been assigned a trial date.


                                          THE DEFENDANTS, JUDITH JACKSON,
                                          SEA SPAS, LLC a/k/a JUDITH JACKSON
                                          SPA a/k/a JUDITH JACKSON SEA SPAS,
                                          INC., a/k/a JUDITHJACKSON, INC., and
                                          JUDITH JACKSON, individually


                                          By: _____
                                          Brian Del Gatto
                                          WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP
                                          One Stamford Plaza
                                          263 Tresser Boulevard, 9th Floor
                                          Stamford, CT 06901
                                          (203) 564-1900
                                          Fed. Bar # CT 13100

825857.1

## CERTIFICIATION

This is to certify that on December 15, 2004, the heretofore Request for Extension of Time was mailed first class, postage prepaid to:


ATTN:

HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Attn:  George Royster

ROUDA, FEDER, TIETJEN & ZANOBINI
44 Montgomery Street, Suite 4000
San Francisco, CA 94104

Attn:  Timothy Tietjen


_____
Brian Del Gatto, Esq.

825857.1