## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691 |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | MARCH 11, 2005 |

_____

### MOTION FOR EXTENSION OF TIME FOR DISCOVERY
### AND POSTPONEMENT OF SETTLEMENT CONFERENCE

### PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff initiated the above action, a claim for wrongful termination and commission owed, in the Superior Court for the Judicial District of New Haven at Meriden on March 9, 2002, returnable on April 23, 2002.  Defendant removed the case to this court by petition of April 18, 2002.

Defendant filed Motions to Dismiss on May 28, 2002 which was partially granted and partially denied on November 8, 2004.

The court entered a Scheduling Order on April 19, 2002 and the parties, following discussion, jointly moved to modify said order on December 16, 2004.

1

Defendant filed interrogatories and request for production on January 3, 2005, and plaintiff within a two week period retained the services of Gary Crakes, PhD. a forensic economist to assist in the preparation of a report detailing damages claimed by plaintiff.  Dr. Crakes was formally retained on January 12, 2005 and has been reviewing substantial documents supplied by plaintiff relative to plaintiff's twenty (20) years of employment at defendant, AT&T, and subsequent employment.  Plaintiff has been very diligent in pursuing the compilation of damages as requested by defendant's interrogatories and production.  His compilation will not be completed until receipt of Dr. Crakes forensic economic report.

Plaintiff has also reviewed several thousand pages of documents as required by discovery and has sought the assistance of former employees and corporate managers of defendant relative to his claims and the defendant's answers concerning implied contract and has been providing documentation to the defendant as required by defendant's request for production.

At the time of filing the modification of the scheduling order plaintiff's counsel believed he could be able to complete discovery by March 1, 2005.  Although over sixty hours have been devoted to reviewing and complying with defendant's discovery and

preparing the plaintiff's discovery, plaintiff's counsel, a sole practitioner, has been

unable to complete discovery although diligently attempting to do so.

Plaintiff's counsel entered into discussion with Penny Newcomb to set a date for

Settlement Conference with Emanuel N. Psarakis, Esq. which date was set on February

28, 2005, for March 28, 2005.

On March 5, 2005, Dr. Gary Crakes informed plaintiff's counsel he could not

complete his work on the forensic report dealing with plaintiff's damages which is

essential for the settlement conference prior to the scheduled settlement conference.

In order to provide defendant with all the extensive material requested in

production and to satisfy interrogatory questions, plaintiff respectfully moves for

postponement of the Settlement Conference to a date in May or June, 2005 and an

extension of the date to complete discovery to April 22, 2005.  Plaintiff's counsel has

attempted to confer with Attorney Sussman, but has been unable to reach him to discuss

this motion although counsel have had discussions concerning the completion of

discovery and the fact that plaintiff is currently attempting to complete required

discovery

but has been unable to do so.  Upon completion of the Settlement Conference plaintiff

believes the case will be ready for trial.

THE PLAINTIFF,
ROBERT FELEKEY

By:_____
      William T. Shea (**ct 05211**)
      Shea & Cook, P.C.
      290 Pratt Street
      P.O. Box 1856
      Meriden, Connecticut  06450
      (203) 634-1444
      His Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent this 11th day of March, 2005, via facsimile and first class mail, postage prepaid, to:

Eric L. Sussman, Esq.,
Victoria Woodin Chavey, Esq.
Day, Berry & Howard, LLP,
CityPlace I,
Hartford, CT   06103-3499

_____
      William T. Shea