UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02cv00691 (CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | MARCH 18, 2005 |

_____

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
FOR DISCOVERY AND POSTPONEMENT OF SETTLEMENT CONFERENCE**

By motion dated March 11, 2005, plaintiff has requested: (1) that the settlement conference currently scheduled for March 28, 2005 be rescheduled for a later date in May or June; and (2) that the discovery period in this case be "extended" up to and including April 22, 2005. Defendant has no objection to plaintiff's motion to postpone the settlement conference. Plaintiff's motion to extend the discovery period, however, is confusing. Plaintiff requests "an extension of the date to complete discovery to April 22, 2005," (Pl.'s Mot. at 3), yet the existing discovery deadline is April 29, 2005.

If what the plaintiff is seeking is not an extension of the discovery period, but an extension of the deadline for disclosing expert witnesses and reports, defendant requests that plaintiff be required to disclose his experts and produce expert reports no later than April 15, 2005 to afford

-2-

defendant sufficient time identify and designate its own experts and to schedule and take the deposition of plaintiff's expert on or before the existing discovery deadline of April 29, 2005.

Plaintiff's expert report was originally due on February 15, 2005. Shortly before that deadline, plaintiff's counsel contacted the undersigned and indicated that his expert, Gary Crakes, was out of town, but that he would likely require only a two or three week extension of time. The undersigned consented to that request, but plaintiff's counsel never filed a Motion for Extension of Time with the Court.

Defendant does not object to one final extension of plaintiff's deadline for disclosing expert witnesses and expert reports, so long as: (1) plaintiff is required to serve any such reports no later than April 15, 2005; and (2) defendant is permitted until April 22, 2005 to disclose its expert witnesses and reports.

Defendant objects to plaintiff's Motion to the extent that it is intended to request an extension of the discovery period in this case.

          THE DEFENDANT,
AMERICAN TELEPHONE AND
TELEGRAPH COMPANY,

By:_____
      Victoria Woodin Chavey (ct14242)
      Eric L. Sussman (ct19723)
For:  Day, Berry & Howard LLP
      CityPlace I
      Hartford, Connecticut 06103-3499
      (860) 275-0100
      Its Attorneys

## **CERTIFICATE OF SERVICE**

     THIS IS TO CERTIFY that a copy of the foregoing was sent this date, via facsimile and first class mail, postage prepaid, to: William T. Shea, Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.

_____
Eric L. Sussman