UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02cv00691 (CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | MARCH 21, 2005 |

_____

## DEFENDANT'S MOTION FOR CLARIFICATION

By motion dated March 11, 2005, plaintiff requested: (1) that the settlement conference previously scheduled for March 28, 2005 be rescheduled for a later date in May or June; and (2) that the discovery period in this case be "extended" up to and including April 22, 2005. Defendant understands that the Court has granted plaintiff's Motion, but requests clarification of the Court's Ruling. Specifically, in his Motion, plaintiff requested "an extension of the date to complete discovery to April 22, 2005." (Pl.'s Mot. at 3). The existing discovery deadline, however, was already April 29, 2005. Accordingly, defendant requests clarification as to whether the deadline the Court intended to extend was the deadline for completion of discovery or the deadline for disclosing expert witnesses and reports.

Defendant has filed a Memorandum of Law in support of this Motion.

**ORAL ARGUMENT IS NOT REQUESTED**

        THE DEFENDANT,
AMERICAN TELEPHONE AND
TELEGRAPH COMPANY,


By:_____
       Victoria Woodin Chavey (ct14242)
       Eric L. Sussman (ct19723)
For:  Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103-3499
       (860) 275-0100
       Its Attorneys


## CERTIFICATE OF SERVICE

    THIS IS TO CERTIFY that a copy of the foregoing was sent this date, via facsimile and first class mail, postage prepaid, to: William T. Shea, Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.


_____
Eric L. Sussman