## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV00691 (CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | : | APRIL 11, 2005 |

_____

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendant, American Telephone and Telegraph Company ("AT&T"), respectfully moves this Court for an extension of time of fourteen (14) days, up to and including April 27, 2005, in which to object or otherwise respond to Plaintiff's First Set of Interrogatories dated March 11, 2005. The defendant requires the additional time in order to search for responsive documents and information and formulate appropriate responses. This is defendant's first request for an extension with respect to these discovery requests. The undersigned has contacted William Shea, counsel for the plaintiff, who has no objection to the requested extension.

                                        THE DEFENDANT,
                                        AMERICAN TELEPHONE AND
                                        TELEGRAPH COMPANY,

                              By:_____
                                        Victoria Woodin Chavey (ct14242)
                                        Eric L. Sussman (ct19723)
                                        Day, Berry & Howard LLP
                                        CityPlace I
                                        Hartford, Connecticut 06103-3499
                                        (860) 275-0100
                                        Its Attorneys

## **CERTIFICATE OF SERVICE**

       THIS IS TO CERTIFY that a copy of the foregoing was sent this date via facsimile and first class mail, postage prepaid, to:

William T. Shea, Esq.
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, CT  06450

                                        _____
                                        Eric L. Sussman