**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV00691 (CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | : | MAY 13, 2005 |

_____

**MOTION FOR EXTENSION OF TIME**

    Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendant, American Telephone and Telegraph Company ("AT&T"), respectfully moves this Court for an extension of time of twenty-five (25) days, up to and including June 10, 2005, in which to object or otherwise respond to Plaintiff's Second Set of Interrogatories and Requests For Production dated April 14, 2005. The defendant requires the additional time in order to search for responsive documents and information and formulate appropriate responses. This is defendant's first request for an extension with respect to these discovery requests. The undersigned has called the office of Attorney William Shea, counsel for the plaintiff. Because Attorney Shea is on vacation, the undersigned has been unable to ascertain Attorney Shea's position with respect to this Motion.

        THE DEFENDANT,
        AMERICAN TELEPHONE AND
        TELEGRAPH COMPANY,

By:_____
        Victoria Woodin Chavey (ct14242)
        Eric L. Sussman (ct19723)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        Its Attorneys

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was sent this date via facsimile and first class mail, postage prepaid, to:

William T. Shea, Esq.
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, CT  06450

        _____
        Eric L. Sussman