UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691 (CFD) |
| | : | |
| v. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY, | : | |
| Defendant. | : | JUNE 8, 2005 |

_____

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant in the above-captioned matter, American Telephone and Telegraph Company ("AT&T"), respectfully moves this Court for an Order extending the time period for filing its Motion for Summary Judgment, from June 15, 2005 to July 11, 2005. This request is necessary because the undersigned is preparing for an arbitration later this month, and Attorney Sussman is preparing for a trial out of state in early July. Undersigned counsel has conferred this date with William Shea, counsel for the plaintiff, who has no objection to this extension of time. This is defendant's first motion for extension of time within which to file its Motion for Summary Judgment.

-2-

        DEFENDANT,
        AMERICAN TELEPHONE AND
        TELEGRAPH COMPANY


By: __/s/ Victoria Woodin Chavey_____
       Victoria Woodin Chavey (ct14242)
       Eric L. Sussman (ct19723)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, CT 06103-3499
       (860) 275-0100 telephone
       (860) 275-0343 facsimile
       vwchavey@dbh.com
       Its Attorneys


**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was sent this date via first-class mail to:

William T. Shea, Esq.
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, CT 06450.

       __/s/ Victoria Woodin Chavey_____
       Victoria Woodin Chavey