UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | JULY 7, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the plaintiff, Robert J. Felekey, respectfully moves this Court for an extension of time of thirty (30) days up to and including August 11, 2005, in which to conduct discovery by deposing Willem Weijer who defendant has disclosed as an individual likely to have discoverable information.

Plaintiff received responses of defendant to its second set of interrogatories on June 10, 2005 and has determined from conversations with plaintiff that defendant's answers to interrogatories concerning activity between Mr. Weijer and plaintiff are not in concert with plaintiff's beliefs or memory and thus a deposition of Mr. Weijer will shorten the trial time.

Plaintiff's counsel has attempted to contact defendant's counsel concerning the requested extension of time for discovery, but has been unsuccessful leaving the defendant's position relative to this motion.

                                THE PLAINTIFF,
                                ROBERT FELEKEY

                                By:_____
                                    William T. Shea (**ct 05211**)
                                    Shea & Cook, P.C.
                                    290 Pratt Street
                                    P.O. Box 1856
                                    Meriden, Connecticut 06450
                                    (203) 634-1444
                                    His Attorney

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent this 7th day of July, 2005, via facsimile and first class mail, postage prepaid, to:

    Eric L. Sussman, Esq.,
    Victoria Woodin Chavey, Esq.
    Day, Berry & Howard, LLP,
    CityPlace I,
    Hartford, CT   06103-3499

                                    _____
                                          William T. Shea