## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | JULY 11, 2005 |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, the defendant, American Telephone and Telegraph Company ("AT&T"), respectfully moves for summary judgment on both of Plaintiff's claims and seeks judgment entered in its favor. The Memorandum of Law accompanying this Motion sets forth the bases for AT&T's request for judgment as a matter of law.

**ORAL ARGUMENT REQUESTED**

-2-

                    DEFENDANT,
                    AMERICAN TELEPHONE AND
                    TELEGRAPH COMPANY


By _____
     Victoria Woodin Chavey (ct14242)
     Eric L. Sussman (ct19723)
     Day, Berry & Howard LLP
     CityPlace I
     Hartford, Connecticut 06103-3499
     (860) 275-0100
     Its Attorneys


## **CERTIFICATION**

     THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to: William T. Shea, Esq., Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.


_____
Victoria Woodin Chavey