September 21, 1999

Mr. Robert J. Felekey
AT&T Solutions
8 Two Mile Road
Farmington, CT 06032

Bob,

I am documenting our discussion of August 25th and summarizing your performance over the last six months that you have been with AT&T Solutions.

As you know, we have conducted a three-part appraisal, which examines results, skills exhibited in performing the job, and behavior in execution. I have attached a Performance Improvement Plan (PIP), which highlights the areas for improvement. As I indicated during our discussion, I will review performance at the 30-day, 45-day and 60-day intervals, and, if in any of these stages your performance has not satisfactorily improved, it could be necessary to take further action which could include dismissal.

Based on your performance from March 1st to present, you are currently not on track to achieve a satisfactory performance appraisal at the end of the year. It is essential that you are able to demonstrate the necessary improvement in the period of up to the next 60 days because the success of the business depends on the results of each individual and each individual's ability to perform in their role.

I want to schedule the first 30-day performance review on September 30th. I suggest we meet in Florham Park at 10:00AM. Please call to confirm your availability for our meeting.

Sincerely,

*Willem Weijer*
Willem Weijer

Attachment – Performance Improvement Plan

*Performance Improvement Plan*

### Section 1

| Employee Name: Robert J. Felekey | SG/Band: C |
|---|---|
| Employee Business Address:<br>8 Two Mile Rd. Farmington, CT 06032 | Employee SSN: 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 |
| Organization: AT&T Solutions – Business Development | PIP Implementation Date: August 25, 1999 |
| Manager Name: Willem Weijer | SG/Band: D |

### Section 2

Description of Performance Problem(s) (Be specific in describing behavior, missed goals/due dates. Provide examples of each specific performance problem if more than one).

On August 25th, I discussed my concern with Robert that there is a mismatch between his strength's and skills and the requirements of the Client Services Executive position within this organization.

Robert has not demonstrated results stemming from his direct and principal involvement in business development activity. These would include successfully passing qualified strategic outsourcing opportunities through the bid-no-bid review to an engagement team. In addition, Robert has not passed significant MNS opportunities to the line of business or any other material activity in the field, which would suggest progress towards a significant sale.

Robert is not effectively teaming with Sales Associates in the Thompson Sales Center. Robert feels that he is effectively engaged with the Sales Center team members, however, feedback from the Sales Center has been to the contrary. This position requires more of a leadership role in order to meet objectives.

I have observed Robert in front of several clients and he has not been able to articulate or position the AT&T Solution Value Proposition. He has not identified specific client's needs and linked them to our Service Line offers. He should also demonstrate better business and financial knowledge directly relating to the client and translate that information for identifying leads for Outsourcing. Robert has taken longer to demonstrate consultative skills for our Service Lines. He has attended all the available Service Line training offered and my expectation, given his past sales experience within the branch, is that Robert would have quickly embraced the Solutions Offers and provide the necessary sales leadership for qualifying new Outsourcing opportunities within his assigned territory.

Robert did not effectively track account progress for Solution opportunities within his assigned Sales Center. In most instances, I was more up to date on selling activities within his assigned territory. He must improve his communications skills with both his supervisor and ABS Sales Associates and Solution Team members. In addition, he should also provide effective leadership in aligning appropriate selling resources for a given sales opportunity by clearly articulating roles & responsibilities and measurements for success. Subsequently, I consider Robert's Sales Account Management process to be inconsistent and not sufficient in identifying outsourcing sales opportunities in order to meet objectives for his assigned territory. Robert's needs to be more consistent in account planning must provide recognizable leadership for developing sales strategies and tactics for developing outsourcing leads.

Finally, I received indirect feedback from the Starwood Customer regarding Roberts's previous experience supporting his account and a request for his non-participation in qualifying the outsourcing sales opportunity.

*Performance Improvement Plan*

### Section 3

| PIP Objective: | Action Items (include on-the-job and/or other training if appropriate): |
|---|---|
| <ul><li>Identify high potential Outsourcing leads and perform opportunity assessment for transition to an engagement team</li><li>Consultative Selling- guiding client through an effective selling process by collaboration, buy-in, mutual trust and open communication</li><li>Data Evaluation and Analysis—Extract, edit, summarize information from diverse sources and draw conclusions for relevance for Outsourcing</li><li>Sales Account Management—managing the sales process by analyzing customer accounts, identifying outsourcing sales opportunities, positioning of clients, developing sales objectives and implementing sales tactics & strategy.</li><li>Relationship Management—effectively develop relationships at the appropriate level of the client organization.</li><li>Understand and communicate high level solution based on client needs</li><li>Presentation and Oral Communication—orally presenting ideas in a manner that is clear, sustains listener attention and is responsive to audience questions</li><li>Active listening—listens actively to others by displaying interest and empathy, verifying understanding, withholding judgement and filtering distractions</li></ul> | <ul><li>Prioritize Potential client opportunities</li><li>Continually identify client drivers & business needs</li><li>Give guidance and oversee data collection on potential clients</li><li>Position ATTS as a partner rather than a vendor.</li><li>Identify and drill down on issues most important to client.</li><li>Manages effectively client resistance, respond to misperceptions, concerns, finds alternatives.</li><li>Identify value proposition of Client</li><li>Assesses client IT organization</li><li>Analyze client's business functions, processes and operations.</li><li>Understand ideal customer profile</li><li>Identify and position oneself with the true decision-maker.</li><li>Increase sales penetration for Outsourcing in assigned territory</li><li>Track account progress and forecast future revenue</li><li>Use facts and solutions to gain credibility</li><li>Regularly follow-up with most important contacts to understand issues and remain well positioned for emerging Outsourcing opportunities with clients.</li><li>Translate client business issues, goals and concerns into AT&T Solutions. Articulate ROI.</li><li>Present ideas logically & Communicates concisely</li><li>Effectively engages client in questions and answers</li><li>Listens on multiple levels to gain not just information but true insight into a client situation</li></ul> |

**Measures of Success:**
1. Identify new leads and take two Outsourcing opportunities successfully through Bid/No Bid review.
2. Improve sales account management with a robust funnel for outsourcing opportunities in various selling stages and to include both AT&T and non AT&T clients
3. Establish 5 new client relationships at the senior level management for outsourcing.
4. Certification to deliver AT&T value proposition
5. Deliver 5 presentations to get buy-in for outsourcing at the client decision making level.
6. Improve leadership position within the Sales Center for outsourcing including providing regular reviews for opportunity assessment and stewardship reporting with the General Manager.
7. Develop the complete account plans for all new outsourcing leads.
8. Update all account plans to reflect sales tactics and strategy for pursuing the outsourcing opportunity.

*Performance Improvement Plan*

| Section 4 | | |
|---|---|---|
| Scheduled Review Date: September 30, 1999 | Review Completed: September 30, 1999 | Initials (employee & coach): *ww.* |

Review comments:

As of the 30-day review on September 30, Robert has made minimal progress towards meeting his PIP objectives. While he has concentrated his energies on cultivating new leads, there have been no outsourcing opportunities presented for the bid/no bid review in accordance with his stated objectives.

Review of Robert's current activities confirms that he does not fully understand the outsourcing sales process. He shared an update/assessment on two possible outsourcing opportunities as being fully qualified when in actuality they are in the invest stage. Robert could not articulate in either opportunity the scope for the outsourcing engagement, the client's decision-making process for the sale, nor the next steps, such as a feasibility study, to gather more pertinent information required for the bid/no bid review. I will be participating in Bob's next client meeting with CK Witco in order to provide direction and assistance to further qualify this opportunity for outsourcing.

Concurrently, Robert's focus on new leads has undermined the balance needed to effectively manage his sales territory. There are a number of account plans incomplete and outdated, which is contrary to meeting certain PIP objectives.

| Scheduled Review Date: October 15, 1999 | Review Completed: | Initials (employee & coach): |
|---|---|---|
| Review comments: | | |

| Scheduled Review Date: October 29, 1999 | Review Completed: | Initials (employee & coach): |
|---|---|---|
| Review comments: | | |

**AT&T Proprietary**
Use Pursuant to Company Instructions

*Performance Improvement Plan*

### Important Notice to Employees

The Performance Improvement Plan and its guidelines are not a contract of employment, either expressed or implied, and don't create any contractual rights of any kind between AT&T and its employees. At AT&T, there is no fixed duration to the employment relationship. Employees can terminate their employment whenever they wish and for whatever reason they might have, just as AT&T may terminate any employee, with or without cause, at any time for any reason. This is known as Employment-At-Will.

AT&T reserves the right to amend, change, or cancel the Performance Improvement Plan or any elements of the plan at any time solely at its discretion.

Failure to satisfactorily complete the plan may result in the following:

1. Transfer
2. Demotion
3. Dismissal

**Section 5**

Comments:

I feel compelled to present some factual information which will balance the record as presented in this document. I firmly believe that there is **not** a mismatch between my strengths and skills and the requirements of the Client Services Executive position. However, I do believe that there are several communications issues.

I received my first Mid-year performance Feedback in writing on August 25. I was asked to sign it and return it on September 1. This evaluation covered the first 4 months in this position. It states : "Bob is making progress in establishing his role in Business Development within the Thompson Sales Center. He has demonstrated willingness to acquire new knowledge and skill sets in order to reach target."

On September 22, I was handed a letter dated September 21 as the first written documentation that there was a problem with my performance. It also contained for the first time the Measures of Success by which I would be evaluated. I also received my "Job Description" consisting of three lines from my manager on September 23, 1999 for the first time.

I believe I understand the needs of the business and the requirement for demonstrated results; however, I disagree with a number of the subjective statements made. Many of the items contained in the description of performance problems are subjective or in fact based on hearsay.

For example, Section 2 mentions negative feedback from the sales center. When I asked for details about this, I was told that the feedback was from an individual who had worked for me. I discussed this with the employee and it seems that there has been a misunderstanding regarding this by my management. Section 2 also mention "indirect feedback form the Starwood Customer." This is a customer with whom I negotiated two separate $150 million contracts over the course of almost 2 years. During the negotiations one of my roles was that of "Bad Cop" to my bosses role of "Good Cop". Throughout the entire process I fulfilled every promise made by AT&T and successfully concluded both these complex consortium negotiations to the clients complete satisfaction while protecting AT&T's interests. This was in spite of the intervention of three different consultant organizations.

This same client confided in me that they were looking for an outsourcing arrangement with AT&T at the dinner meeting we had in Boston in late February to celebrate the successful conclusion of our negotiations. I identified this as the next outsourcing opportunity in the branch; however, the opportunity to work on this account, in which I had three years experience, was taken away from me.

AT&T Proprietary
Use Pursuant to Company Instructions

*Performance Improvement Plan*

---

In a parallel situation, I was told in July that I should no longer be working on the Pitney Bowes account, but that it would be assigned to a peer. It is not clear to me why that decision was made.

I am confused by the "Performance Problem" identified regarding my interaction with clients, for two reasons. First, we received Value Proposition training on July 21 as conducted by William Bangert. Since then I have been incorporating this information into appropriate client presentations. I have not, however been observed by my boss. We expect to achieve this next week. Second, as to the insinuation that I am not able to link client needs to our service line, I have been successfully engaged in consultative selling for twenty years at AT&T. My client list over that period has included multinational, global corporations such as Ralston Purina, The Hartford, and Starwood, PTTs such as BT, KDD, and Telefonica. I have sold business, consumer, and international AT&T services to these clients. The transition here is around a new set of products/services and to a new set of particular clients.

On June 1, I presented an overview of AT&T Solutions to Carrier Corporation in partnership with Jan Scites, AT&T Vice President, Internet Implementation Strategy. The result of that meeting was a client comment that "AT&T is the only company he has met that has both the vision and demonstrated capability in use. He will definitely set us up as a preferred supplier because he felt he could learn from us and we can in fact solve many of his problems." The feedback from Jan Scites was that I had done an excellent job covering difficult material at an appropriately high level. Based on that meeting I delivered a proposal within 2 weeks to help Carrier develop their e-commerce strategy. A massive reorganization and downsizing impacting 10 % of their workforce worldwide has since prevented them from focusing on e-commerce.

The position I am now in, is that my "30-day review" is scheduled for 8 days from when I received my first written notice of the Measures of Success and PIP expectations. I fail to see how this is consistent with "Our Common Bond."

Having said this, I want to be clear that as a seasoned professional I am always open to constructive, fact-based criticism.
I merely ask to be given a fair opportunity to demonstrate my ability to contribute to the needs of the business in this extremely challenging environment both for AT&T and for our clients. I fully expect to exceed the Measures of Success and demonstrate my contribution to the business. I respectfully request a review of the proposed time frame for the PIP and that this timeframe be extended appropriately.

---

Employee Signature: *Robert H...* Date: 9/23/99

Immediate Coach Signature: *William W...* Date: _____

September 27, 1999

Mr. Robert Felekey

Robert,

I have thoroughly reviewed your comments. The following are points that I would like to clarify:

- Your mid-year review reflects positive encouragement recognizing the process of working towards a goal but in no way conveys that your goals have been achieved.

- In response to our performance discussion on August 25, you compiled a list of objectives that you were planning to achieve. Those objectives have been scaled back because they were unrealistically high, and the revised goals were incorporated in your Performance Improvement Plan

- The Starwood customer explicitly requested that you not participate in supporting this account because of the relationship they experienced with you. Therefore, this account was not "taken away from" you but rather at the request of the client, you were not assigned to it.

- Internally, the Pitney Bowes account was assigned to a peer because the CBM reported on your lack of involvement and action were negatively affecting the account's progress.

- Value Proposition certification was a requirement for all Business Development (and all Solutions) employees. This was discussed at our last two Bangert "All Hands" meetings on both July 21st and August 24th. With sufficient notification, I will be glad to attend a presentation demonstrating your Value Proposition. It has not yet been demonstrated to me in accordance with the process.

- I needed to be present at three separate client meetings and presentations (Pitney Bowes, The Hartford and Citizens Financial) in order to identify the client needs and link them to a specific service line. This indicates that you are either unwilling or unable to articulate our AT&T Solutions Service Line strategy.

- At the June 1st meeting at Carrier Corporation, Jan Sites' positive comment regarding our team was intended to compliment the entire team who attended and not one individual. In addition, the proposal you say you provided contained a large amount of my input and direction.

I have provided the above to clarify your understanding of the events that you mentioned in your mid year review. At this point, the plan for your performance improvement is to continue the course as outlined in the Performance Improvement Plan dated August 25, 1999.

I fully expect your commitment to improve your performance to a satisfactory level as stated in my previous correspondence of September 21.

*Willem Weijer*

Willem Weijer

*Performance Improvement Plan*

## Performance Improvement Plan

**Section 4**

| Scheduled Review Date: September 30, 1999 | Review Completed: September 30, 1999 | Initials (employee & coach): |

**Review Comments:**

As of the 30-day review on September 30, Robert has made minimal progress towards meeting his PIP objectives. While he has concentrated his energies on cultivating new leads, there have been no outsourcing opportunities presented for the bid/no bid in accordance with his stated objectives. Review of Robert's current activities confirms that he does not fully understand the outsourcing sales process. He shared an update assessment on two possible outsourcing opportunities as being fully qualified when in actuality they are in the invest stage. Robert could not articulate in either opportunity the scope for the outsourcing engagement, the client's decision-making process for the sale nor the next steps, such as a feasibility study, to gather more pertinent information required for the bid/no bid review. I will be participating in Bob's next client meeting with CK Witco in order to provide direction and assistance to further qualify this opportunity for outsourcing.

Concurrently, Robert's focus on new leads has undermined the balance needed to effectively manage his sales territory. There are a number of account plans incomplete and outdated, which is contrary to meeting certain PIP objectives.

**Employee Comments:**

I began by asking Kathleen Swirz of HR if she was familiar with the PIP instructions which state in section 5: "Prior to signing and dating the PIP, the employee and/or coach may add any general comments. The date signed is to be considered Day 1 of the PIP. If the employee refuses to sign the PIP, note the refusal and date of the refusal to sign the plan. This does not prevent you from proceeding with the implementation of the plan." As this is an AT&T policy I questioned why my so-called "30 day review" occurred 8 days after I received written notice for the first time of what the measures of success are for my job. Willem said that he had never seen this information. Kathleen said that she had helped to prepare the PIP package and was confident that it was prepared following AT&T guidelines. Kathleen said two other things of note: 1. She "assumes I had been given a description of what I would be measured upon" and 2. "The appraisal process does not require that an employee be told what his/her objectives are." Over the next approximately 1 ½ hours I was badgered, harassed and continually told that we couldn't proceed with the performance review until I agreed that this was the 30 day review. I reiterated that the fact is this is an 8- day review.

When I was given the opportunity to discuss my progress I presented the following documentation:

Measures of Success
Progress as of 9/30/99

| Requirement | Achievement |
|---|---|
| 1. Identify new leads and take two Outsourcing opportunities successfully through Bid/No Bid review. | 1. Identified 3 Outsourcing opportunities for Bid/No Bid Review: State of Connecticut, CK Witco, and ITT Industries. |
| 2. Improve sales account management with a robust funnel for outsourcing opportunities in various selling stages and to include both AT&T and non- AT&T clients. | 2. Continue to update funnel with new opportunities as identified. |
| 3. Establish 5 new client relationships at the senior manager level for outsourcing. | 3. Bob Eason, VP Finance, ITT Industries<br>Earnesto Nepomuceno, Dir.-Information Technology, CK Witco<br>Rock Regan, CIO, State of Connecticut |
| 4. Certification to deliver AT&T value proposition. | 4. Coordinating date with supervisor. |

4

*Performance Improvement Plan*

| | |
|---|---|
| 5. Deliver 5 presentations to get buy-in for outsourcing at the client decision making level. | 5. Delivered 3 presentations to get buy-in for outsourcing at the client decision making level : State of CT-9/8/99; CK Witco 9//24/99; ITT Industries 9/27/99 |
| 6. Improve leadership position within the sales center for outsourcing including providing regular reviews for opportunity assessment and stewardship reporting with the General Manager . | 6. Delivered second AT&T Solutions Seminar to the Branch on 9/29/99. 14 managers from the branch participated. Contribute to biweekly Branch Leadership Team meetings and monthly Branch meetings. |
| 7. Develop the complete account plans for all new outsourcing leads. | 7. TBD |
| 8. Update all account plans to reflect sales tactics and strategy for pursuing the outsourcing opportunity. | 8. TBD |

I never said that the two opportunities referenced above were fully qualified. In fact, I said repeatedly that they were just entering the qualification phase. I did articulate that the scope of the opportunity for both CK Witco and for ITT Industries is total outsourcing down to the desktop. In both cases I have been told that my contacts have approval from their respective presidents to proceed to understand the benefits of outsourcing with AT&T Solutions.

In his comments above, my supervisor failed to mention or acknowledge our discussion during this review regarding the outsourcing opportunity at the State of Connecticut. An RFP will be issued in the next two to four weeks for the entire state network covering 15 network services. This will provide our opportunity to propose an outsourcing solution worth approximately $1 billion over seven years.

I am in the process of influencing the authors of the RFP to ensure that we can respond with an outsourcing offer. This can only be done up until the point the RFP is issued. At that point no further informal discussion can occur.

Thus the bottom line is that unless the proper groundwork is laid in the next two to three weeks, we will not have the ability to win a $1 billion opportunity for outsourcing at the State of Connecticut. I am working the issue daily with client meetings and internal strategy sessions and have achieved access and positioning with the CIO of Connecticut.. I am coordinating the activities of AT&T Global Services, AT&T Local Service, AT&T's Vice President for Internet Implementation Strategy, the AT&T Division Manager for Law and Government Affairs, AT&T Solutions and a private lobbying group. I respectfully request that I be given the opportunity to do my job without additional stress or harassment, because as a shareholder I want AT&T Solutions to win this bid.