## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | JULY 11, 2005 |

Please take notice that Defendant, American Telephone and Telephgraph Company has manually filed the following document or thing:

**Unreported Cases**

This document has not been filed electronically because

☐  the document or thing cannot be converted to an electronic format
☒  the electronic file size of the document exceeds 1.5 megabytes
☐  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANT,
AMERICAN TELEPHONE AND
TELEGRAPH COMPANY

By_____
Victoria Woodin Chavey (ct14242)
Eric L. Sussman (ct19723)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to:  William T. Shea, Esq., Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.

_____
Victoria Woodin Chavey