**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | : | JULY 19, 2005 |

_____

**MOTION FOR EXTENSION OF TIME TO**
**REPLY TO DEFENDANT'S SUMMARY JUDGMENT**

     Pursuant to Local Rule 7(b) plaintiff requests a thirty (30) day extension of time to file Local Rule 56a(2) Statement and papers opposing defendant's Motion For Summary Judgment and requests authority, pursuant to the rule, to depose Willem Weijer as the defendant's Local Rule 56(a)1 Statement contains allegations attributed to Mr. Weijer that are contrary to the recollection of plaintiff and a deposition will probably clarify whether plaintiff can determine if a factual material fact exists.

Plaintiff's counsel has conferred with defendant's counsel as to the time extension and has no objection to a thirty (30) day extension.

                          THE PLAINTIFF,
                          ROBERT FELEKEY


By:_____
      William T. Shea (**ct 05211**)
      Shea & Cook, P.C.
      290 Pratt Street
      P.O. Box 1856
      Meriden, Connecticut 06450
      (203) 634-1444
      His Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent this 19th day of July, 2005, via facsimile and first class mail, postage prepaid, to:

      Eric L. Sussman, Esq.
      Victoria Woodin Chavey, Esq.
      Day, Berry & Howard, LLP
      CityPlace I
      Hartford, CT   06103-3499


_____
          William T. Shea