UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | SEPTEMBER 7, 2005 |

## MOTION FOR EXTENSION OF TIMEAND CLARIFICATION

Plaintiff on July 19, 2005 filed a Motion in the above captioned matter for an extension of time to respond to defendant's Motion for Summary Judgment. In said Motion, plaintiff requested permission to depose Mr. Willem Weijer an individual who plaintiff believes has direct information concerning the allegations of defendant in defendant's Motion for Summary Judgment.

Defendant's counsel has refused to agree to Mr. Weijer's deposition or dates for such deposition to be held in New Jersey near Mr. Weijer's home.

Defendant claims correctly that the time for discovery for trial has expired but for some reason does not acknowledge that plaintiff's Motion for Extension of Time included a request for a deposition of Mr. Weijer relative to its Motion for Summary

Judgment as referred to in Rule 56(e) which was granted by Judge Droney on July 15, 2005..

    Plaintiff therefore, requests the court to clarify that plaintiff is entitled to depose Mr. Weijer pursuant to Rule 56(e0 and to extend the time for plaintiff to file his objection to defendant's Motion for Summary Judgment to a date 21 days after the completion of Mr. Weijer's deposition as stated in Judge Droney's order of 7/15/2005..

                                THE PLAINTIFF,
                                ROBERT FELEKEY


By:_____
    William T. Shea (**ct 05211**)
    Shea & Cook, P.C.
    290 Pratt Street
    P.O. Box 1856
    Meriden, Connecticut 06450
    (203) 634-1444
    His Attorney

## **CERTIFICATION OF SERVICE**

    This is to certify that a copy of the foregoing was sent this 7th day of July, 2005, via facsimile and first class mail, postage prepaid, to:

    Eric L. Sussman, Esq.,
    Victoria Woodin Chavey, Esq.
    Day, Berry & Howard, LLP,
    CityPlace I,
    Hartford, CT   06103-3499

                                _____
                                William T. Shea