# Day, Berry & Howard LLP

COUNSELLORS AT LAW

**EXHIBIT A**

Victoria Woodin Chavey
Direct Dial: (860) 275-0467
E-mail: vwchavey@dbh.com

July 7, 2005

**VIA FACSIMILE (203) 634-1297**

William T. Shea, Esq.
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, CT 06450

Re:   *Felekey v. AT&T Corporation*

Dear Attorney Shea:

    We received yesterday by fax your Notice of Deposition of Willem Weijer for Tuesday, July 19, 2005 at 10:00 a.m. at your offices. Please be advised that, pursuant to the Rule 26(f) Report accepted by the Court, the discovery period in this case, which was originally April 29, 2005 and was extended to May 21, 2005, has passed and, therefore, this deposition notice is untimely.

Very truly yours,

Victoria Woodin Chavey

VWC/pad

cc:   Eric L. Sussman, Esq.