**Day, Berry & Howard** LLP

COUNSELLORS AT LAW

EXHIBIT B

Victoria Woodin Chavey
Direct Dial: (860) 275-0467
E-mail: vwchavey@dbh.com

August 16, 2005

**VIA FACSIMILE (203) 634-1297**

William T. Shea, Esq.
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, CT 06450

Re:   *Felekey v. AT&T Corporation*

Dear Attorney Shea:

    Your assistant called me this morning, and, after I returned the call early this afternoon, you called me back to discuss the deposition you wish to take of Willem Weijer. You said that because of your vacation and then a trial last week, you just saw the court's ruling granting your requested extension of time to complete discovery. You asked for Mr. Weijer's address, and, after some discussion, I said that I would ask AT&T, for which Mr. Weijer no longer works, if they have an address for him. After we hung up, I reviewed the court's order and saw that it was issued on or about July 13 and extended discovery only until August 11. So, you are now well beyond the time allowed to take Mr. Weijer's deposition, which we have told you since at least last month we believe you would have to take in New Jersey. Accordingly, I do not see any further need for us to ask about a last known address for him, although, as I said, I was willing to do so when I was under the misimpression that you still had some time left to take his deposition.

Very truly yours,

Victoria Woodin Chavey

41609570.2 003338-00030
August 16, 2005 5:02 PM