# Day, Berry & Howard LLP
COUNSELLORS AT LAW

**EXHIBIT C**

Victoria Woodin Chavey
Direct Dial: (860) 275-0467
E-mail: vwchavey@dbh.com

August 18, 2005

**VIA FACSIMILE (203) 634-1297**

William T. Shea, Esq.
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, CT 06450

    Re:   *Felekey v. AT&T Corporation*

Dear Attorney Shea:

    Today I received your letter, dated August 17, via fax, in which you seem to indicate that August 11 was not your deadline for taking Mr. Weijer's deposition. I suggest you review your July 7 motion (#50 on the docket sheet) and the court's order (#56 on the docket sheet); you requested an extension of time until August 11 to depose Mr. Weijer, and the court granted that request. I do not understand your position now that somehow August 11 was not the deadline.

    You further indicate that you have obtained Mr. Weijer's address in New Jersey. If you seek to subpoena him for a deposition, we will move to quash the subpoena on the ground that you are out of time to take the deposition.

    Thank you.

Very truly yours,

*Victoria Woodin Chavey* /mjs

Victoria Woodin Chavey

41609570.2 003338-00030
August 18, 2005 9:08 PM