**Day, Berry & Howard LLP**   **EXHIBIT D**
COUNSELLORS AT LAW

Victoria Woodin Chavey
Direct Dial: (860) 275-0467
E-mail: vwchavey@dbh.com

September 1, 2005

**VIA FACSIMILE (203) 634-1297**

William T. Shea, Esq.
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, CT 06450

   Re:   *Felekey v. AT&T Corporation*

Dear Attorney Shea:

   Once again, I will suggest that you are mistaken about the court-imposed deadlines in this case. In my letter of August 18, I had pointed out that the Court granted your July 7, 2005 motion (#50 on the docket sheet) in which you sought "an extension of time of thirty (30) days up to and including August 11, 2005, in which to conduct discovery by deposing Willem Weijer..."; the court's order, dated July 15, 2005, granting this motion appears at #56 on the docket sheet. I have printed and attached a copy of the docket sheet from the Court's electronically available records, for your review.

   In light of this ruling, I cannot understand your insistence that you have not missed the deadline, which you yourself sought, for taking Mr. Weijer's deposition. Your statement that the Court did not rule on your July 7 motion for extension of time is simply incorrect.

   Additionally, you moved (at #57 on the docket sheet) for an extension of your time to respond to our July 11, 2005 summary judgment motion—to which we did not object—and, in that motion, you also indicated that you sought "authority" to take Mr. Weijer's deposition. The Court granted that motion for extension of time, as reflected at #58 on the docket sheet, giving you, as you requested, an additional 30 days to respond to our summary judgment motion. No court order has ever extended the discovery deadline beyond August 11, 2005.

   This case has now been pending for 3 ½ years, and you have known of Mr. Weijer's involvement in this matter at least since you drafted the Complaint, which refers to him, in 2002. I would ask that you make every effort to move the case forward expeditiously; it is not productive, for example, to continue to debate whether the Court has granted a motion that the

41609570.4 00333B-00030
September 1, 2005 5:55 PM

CityPlace I  |  Hartford, CT 06103  |  *t* 860 275 0100 *f* 860 275 0343

Boston   Greenwich   Hartford   New Haven   New York   Stamford   West Hartford   *www.dbh.com*

Day, Berry & Howard LLP

William T. Shea, Esq.
September 1, 2005
Page 2

docket sheet shows was granted over a month ago. We have also been clear since the time you first noticed Mr. Weijer's deposition in early July that he is not in Connecticut, that he no longer works for AT&T, and that setting up his deposition, even if were to have been done timely, is not something that we can do for you. If you seek to subpoena Mr. Weijer or otherwise schedule his deposition now, when the discovery period has expired, we will take steps to stop your conduct of discovery outside this Court's deadlines.

  Thank you.

Very truly yours,

Victoria Woodin Chavey

Enc.

41609570.4 003338-00030
September 1, 2005 5:55 PM

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:02-cv-00691-CFD

Felekey v. American Telephone
Assigned to: Judge Christopher F. Droney
Demand: $0
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 04/19/2002
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
**Robert J. Felekey**

represented by **William T. Shea**
Shea & Cook, P.C.
290 Pratt St., PO Box 1856
Meriden, CT 06450
203-634-1444
Fax: 203-634-1297
Email: sheaandcookpc@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Woodin Chavey**
Day, Berry & Howard
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3499
860-275-0467
Fax: 860-275-0343
Email: vwchavey@dbh.com

V.

**Defendant**
**American Telephone & Telegraph Company**

represented by **Eric L. Sussman**
Day, Berry & Howard-Htfd-CT
Cityplace I
185 Asylum St.
Hartford, CT 06103-3499
860-275-0276
Fax: 860-275-0343
Email: elsussman@dbh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Tynan**
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-297-4677
Fax: 860-548-0006

Email: tynan@halloran-sage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Woodin Chavey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Shea**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2002 | 1 | NOTICE OF REMOVAL by American Telephone from Judicial District of New Haven at Meriden FILING FEE $ 150.00 RECEIPT # N006322 (Walker, J.) (Entered: 04/22/2002) |
| 04/19/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 10/19/02 ; Dispositive Motions due 11/18/02 Amended Pleadings due 6/19/02 Motions to Dismiss due 7/19/02 (Walker, J.) (Entered: 04/22/2002) |
| 04/19/2002 | 3 | APPEARANCE of Attorney for American Telephone -- Victoria Woodin Chavey, Eric L. Sussman (Walker, J.) (Entered: 04/22/2002) |
| 04/19/2002 | 4 | NOTICE of no pending motions by American Telephone (Walker, J.) (Entered: 04/22/2002) |
| 04/19/2002 | 5 | COMPLIANCE by American Telephone with Standing Order (Walker, J.) (Entered: 04/22/2002) |
| 04/19/2002 | 6 | MOTION by American Telephone to Extend Time until 5/28/02 to respond to complaint (Walker, J.) (Entered: 04/22/2002) |
| 04/22/2002 | | ENDORSEMENT [6-1] motion to Extend Time until 5/28/02 to respond to complaint ordered accordingly ( signed by Clerk ) (Walker, J.) (Entered: 04/22/2002) |
| 05/09/2002 | 7 | APPEARANCE of Attorney for Robert J. Felekey -- William T. Shea (Gothers, M.) (Entered: 05/09/2002) |
| 05/28/2002 | 8 | MOTION by American Telephone to Dismiss complaint (Brief Due 6/18/02 ) (Gothers, M.) (Entered: 05/29/2002) |
| 05/28/2002 | 10 | Disclosure Statement by American Telephone (Gothers, M.) (Entered: 05/29/2002) |
| 05/29/2002 | 9 | MEMORANDUM by American Telephone in support of [8-1] motion to Dismiss complaint (Gothers, M.) (Entered: 05/29/2002) |
| 07/23/2002 | 11 | Notice to counsel regarding 26(f). Report of Conference due 8/7/02 ( signed by Clerk ) (Johnson, D.) (Entered: 07/23/2002) |

| | | |
|---|---|---|
| 08/02/2002 | 12 | REPORT of Parties Planning Meeting (Gothers, M.) (Entered: 08/02/2002) |
| 08/05/2002 | | ENDORSEMENT approving [12-1] report, reset Scheduling Order Deadlines: Discovery cutoff to 3/31/03 ; Dispositive Motions due 5/15/03 ; Filing of Trial Memorandum by 6/16/03 Trial Ready Date Set for 7/22/03 ( signed by Judge Christopher F. Droney ) (Bauer, J.) (Entered: 08/05/2002) |
| 10/17/2002 | 13 | LETTER dated 8/5/02 Regarding: response to Court Notice dated 7/23/02 by American Telephone (Gothers, M.) (Entered: 10/18/2002) |
| 10/17/2002 | | ENDORSEMENT re: [13-1] letter Regarding: response to Court Notice dated 7/23/02 ( signed by Judge Christopher F. Droney ) (Gothers, M.) (Entered: 10/18/2002) |
| 10/17/2002 | | ENDORSEMENT granting [8-1] motion to Dismiss complaint ( signed by Judge Christopher F. Droney ) (Gothers, M.) (Entered: 10/18/2002) |
| 10/21/2002 | 14 | JUDGMENT for American Telephone against Robert J. Felekey ( signed by Clerk ) (Gothers, M.) (Entered: 10/21/2002) |
| 10/21/2002 | | Case closed (Gothers, M.) (Entered: 10/21/2002) |
| 10/22/2002 | 15 | LETTER dated 8/6/02 Regarding: response to 26(f) report by Robert J. Felekey (Gothers, M.) (Entered: 10/23/2002) |
| 10/22/2002 | | ENDORSEMENT submitted re: [15-1] letter Regarding: response to 26(f) report ( signed by Judge Christopher F. Droney ) (Gothers, M.) Modified on 10/23/2002 (Entered: 10/23/2002) |
| 11/04/2002 | 16 | MOTION by Robert J. Felekey for Reconsideration of [14-1] judgment order dated 10/21/02 , & to Set Aside: [14-1] judgment order (Brief Due 11/25/02 ) (Gothers, M.) (Entered: 11/04/2002) |
| 11/07/2002 | 17 | OBJECTIONS by American Telephone to [16-1] motion for Reconsideration of [14-1] judgment order dated 10/21/02 , [16-2] motion to Set Aside: [14-1] judgment order by Robert J. Felekey (Gothers, M.) (Entered: 11/07/2002) |
| 11/07/2002 | 18 | APPEARANCE of Attorney for American Telephone -- Richard C. Tynan (Gothers, M.) (Entered: 11/07/2002) |
| 11/12/2002 | 19 | MOTION by Robert J. Felekey to Extend Time to file Notice of Appeal (Gothers, M.) (Entered: 11/12/2002) |
| 09/16/2003 | 20 | RULING denying [19-1] motion to Extend Time to file Notice of Appeal, granting [16-1] motion for Reconsideration of [14-1] judgment order dated 10/21/02, granting [16-2] motion to Set Aside: [14-1] judgment order ( signed by Judge Christopher F. Droney ) 3 Page(s) (Gothers, M.) (Entered: 09/16/2003) |
| 09/16/2003 | | Case reopened re: [20-1] order granting Motion to Set Aside the Judgment (Gothers, M.) (Entered: 09/16/2003) |

| | | |
|---|---|---|
| 11/07/2003 | 21 | MOTION for Judgment by American Telephone & Telegraph Company. Responses due by 11/28/2003 (Gothers, M.) (Entered: 11/18/2003) |
| 11/07/2003 | 22 | Memorandum in Support to 21 MOTION for Judgment filed by Robert J. Felekey. (Gothers, M.) (Entered: 11/18/2003) |
| 11/07/2003 | 23 | Objection re [8] Motion to Dismiss complaint filed by Robert J. Felekey. (Gothers, M.) (Entered: 11/18/2003) |
| 11/13/2003 | 24 | Objection to 21 MOTION for Judgment filed by Robert J. Felekey. (Kunofsky, L.) (Entered: 11/19/2003) |
| 11/19/2003 | 25 | Reply Brief re [8] Motion to Dismiss filed by American Telephone & Telegraph Company. (Gothers, M.) (Entered: 12/01/2003) |
| 07/07/2004 | 26 | ORDER re: Status. Status Report due by 7/26/2004. Signed by Judge Christopher F. Droney on 7/7/04. (Gothers, M.) (Entered: 07/08/2004) |
| 07/07/2004 | 27 | ENDORSEMENT ORDER denying, in light of subsequent filings 21 Motion for Judgment. Signed by Judge Christopher F. Droney on 7/7/02. (Gothers, M.) (Entered: 07/09/2004) |
| 07/13/2004 | 28 | STATUS REPORT by American Telephone & Telegraph Company. (Gothers, M.) (Entered: 07/13/2004) |
| 09/07/2004 | 29 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE - - - Hearing on Defendant's Motion to Dismiss, set for 10/7/2004 10:00 AM in Courtroom Two - Hartford, before Judge Christopher F. Droney. - - - For hearings, each party shall have 20 minutes for argument unless a written request for additional time is requested of, and approved by, the Court in advance. (Newcomb, P.) (Entered: 09/07/2004) |
| 09/07/2004 | | - - - DOCKET ANNOTATION: Please note that the Hearing scheduled for October 7, 2004, is on Document [#8], Defendant's Motion to Dismiss. (Newcomb, P.) (Entered: 09/07/2004) |
| 10/05/2004 | 30 | MOTION for Extension of Time to argue Defendant's Motion to Dismiss by Robert J. Felekey. (Gothers, M.) (Entered: 10/06/2004) |
| 10/06/2004 | 31 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE - - - Hearing on Defendant's Motion to Dismiss RESCHEDULED to 10/13/2004 at 04:00 PM in Courtroom Two - Hartford, before Judge Christopher F. Droney. - - - For hearings, each party shall have 20 minutes for argument unless a written request for additional time is requested of, and approved by, the Court in advance. (Newcomb, P.) (Entered: 10/06/2004) |
| 10/06/2004 | 32 | ENDORSEMENT ORDER granting 30 Motion for Extension of Time to respond to motion to dismiss. Signed by Judge Christopher F. Droney on 10/6/04. (Gothers, M.) (Entered: 10/06/2004) |
| 10/13/2004 | 33 | STATUS REPORT by Robert J. Felekey. (Gothers, M.) (Entered: |

| | | 10/13/2004) |
|---|---|---|
| 10/13/2004 | 34 | Minute Entry for proceedings held before Judge Christopher F. Droney : Motion Hearing held on 10/13/2004 UNDER ADVISEMENT re [8] Motion to Dismiss filed by American Telephone & Telegraph Company. (Court Reporter M. Marshall.) (Gothers, M.) (Entered: 10/14/2004) |
| 10/13/2004 | | Motions Taken Under Advisement: [8] Motion to Dismiss (Gothers, M.) (Entered: 10/14/2004) |
| 11/04/2004 | 35 | RULING granting as to Counts One & Four and denying Counts Two & Three [8] Motion to Dismiss . Signed by Judge Christopher F. Droney on 11/3/04. (14 pages) (Gothers, M.) (Entered: 11/04/2004) |
| 12/20/2004 | 36 | MOTION for Extension of Time to modify various deadlines 33 Status Report by American Telephone & Telegraph Company, Robert J. Felekey. (Gothers, M.) (Entered: 12/22/2004) |
| 01/07/2005 | 37 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting 36 Motion for Extension of Time to modify various deadlines 33 in Status Report by American Telephone & Telegraph Company, Robert J. Felekey. Signed by Judge Christopher F. Droney on 1/7/05. (Newcomb, P.) (Entered: 01/07/2005) |
| 01/07/2005 | | Set Deadlines: Amended Pleadings due by 1/14/2005. Discovery due by 4/29/2005. Dispositive Motions due by 6/15/2005. Trial Brief due by 7/20/2005. Trial Ready Date 9/12/2005. (Gothers, M.) (Entered: 01/12/2005) |
| 02/14/2005 | 38 | ANSWER to Complaint with affirmative defenses by American Telephone & Telegraph Company.(Gothers, M.) (Entered: 02/16/2005) |
| 02/25/2005 | | Set Deadlines/Hearings: Settlement Conference set for 3/28/2005 at 10:00 AM in Room 224, 2nd Floor, 450 Main St., Hartford, CT before Para-Judicial Officer Emanuel N. Psarakis. (Newcomb, P.) (Entered: 02/25/2005) |
| 03/15/2005 | 39 | MOTION for Extension of Time no time specified for discovery & postponement of settlement conference by Robert J. Felekey. (Gothers, M.) (Entered: 03/16/2005) |
| 03/17/2005 | 40 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting, absent objection, 39 Motion for Extension of Time. Signed by Judge Christopher F. Droney on 3/17/05. (Newcomb, P.) (Entered: 03/17/2005) |
| 03/17/2005 | | Set Deadlines: Discovery due by 4/22/2005. (Gothers, M.) (Entered: 03/18/2005) |
| 03/18/2005 | 41 | RESPONSE re 39 MOTION for Extension of Time until no time specified discovery & postponement of settlement conference filed by American Telephone & Telegraph Company. (Gothers, M.) (Entered: 03/18/2005) |

| | | |
|---|---|---|
| 03/21/2005 | 42 | MOTION for Clarification [40] Order on Motion for Extension of Time by American Telephone & Telegraph Company. (Gothers, M.) (Entered: 03/21/2005) |
| 03/21/2005 | 43 | Memorandum in Support re 42 MOTION for Clarification [40] Order on Motion for Extension of Time filed by American Telephone & Telegraph Company. (Gothers, M.) (Entered: 03/21/2005) |
| 03/22/2005 | | In light of the granting [40] of the Motion for Extension of Time 39, the Settlement Conference scheduled for March 28, 2005 before the Honorable Emanuel N. Psarakis, Parajudicial Officer to Judge Christopher F. Droney, is hereby continued to an unspecified date/time. (Newcomb, P.) (Entered: 03/22/2005) |
| 04/11/2005 | 44 | MOTION for Extension of Time until 4/27/05 respond to interrogatories by American Telephone & Telegraph Company. (Gothers, M.) (Entered: 04/13/2005) |
| 04/15/2005 | 45 | ORDER granting 42 Motion for Clarification, granting 44 Motion for Extension of Time .Plaintiff shall disclose expert reports by May 7, 2005; Defendant shall disclose expert reports by May 14, 2005; Discovery will close May 21, 2005. Signed by Judge Christopher F. Droney on 04/15/05. (Droney, Christopher) Modified on 4/28/2005 (Gothers, M.). (Entered: 04/15/2005) |
| 04/28/2005 | | Set Deadlines: Discovery due by 5/21/2005. (Gothers, M.) (Entered: 04/28/2005) |
| 04/28/2005 | | Docket Entry Correction re [45] Order on Motion for Clarification,, Order on Motion for Extension of Time, modified: edited text to clarify dates to 2005. (Gothers, M.) (Entered: 04/28/2005) |
| 05/13/2005 | 46 | MOTION for Extension of Time until 6/10/05 to respond to Discovery requests by American Telephone & Telegraph Company. (Montgomery, A.) (Entered: 05/13/2005) |
| 06/02/2005 | 47 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting, absent objection, 46 Motion for Extension of Time until 6/10/2005 to respond to discovery requests, by American Telephone and Telegraph Company. Signed by Judge Christopher F. Droney on 6/2/05. (Newcomb, P.) (Entered: 06/02/2005) |
| 06/10/2005 | 48 | MOTION for Extension of Time until 7/11/05 to file motion for summary judgment by American Telephone & Telegraph Company. (Blue, A.) (Entered: 06/10/2005) |
| 06/22/2005 | 49 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting 48 Motion by AT&T for Extension of Time until 7/11/2005 to file Motion for Summary Judgment. Signed by Judge Christopher F. Droney on 6/22/05. (Newcomb, P.) (Entered: 06/22/2005) |
| 06/22/2005 | | Set Deadlines: Dispositive Motions due by 7/11/2005. (Gothers, M.) |

| | | |
|---|---|---|
| | | (Entered: 06/23/2005) |
| 06/22/2005 | | Set Deadlines: Dispositive Motions due by 7/11/2005. (Gothers, M.) (Entered: 06/28/2005) |
| 07/11/2005 | 50 | MOTION for Extension of Time until 8/11/05 to conduct discovery by Robert J. Felekey. (Gothers, M.) (Entered: 07/12/2005) |
| 07/11/2005 | 51 | MOTION for Summary Judgment by American Telephone & Telegraph Company.Responses due by 8/1/2005 (Gothers, M.) (Entered: 07/12/2005) |
| 07/11/2005 | 52 | Memorandum in Support re 51 MOTION for Summary Judgment filed by American Telephone & Telegraph Company. (Attachments: # 1 Exhibit A continuation# 2 Exhibit B)(Gothers, M.) (Entered: 07/12/2005) |
| 07/11/2005 | 53 | Memorandum in Support ( Unreported Cases) re 51 MOTION for Summary Judgment filed by American Telephone & Telegraph Company. (Gothers, M.) (Entered: 07/12/2005) |
| 07/11/2005 | 54 | Statement of Material Facts re 51 MOTION for Summary Judgment filed by American Telephone & Telegraph Company. (Gothers, M.) (Entered: 07/12/2005) |
| 07/14/2005 | 55 | Memorandum in Opposition re 50 MOTION for Extension of Time until 8/11/05 to conduct discovery, & reopen discovery filed by American Telephone & Telegraph Company. (Attachments: # 1 Exhibit 1st unreported case# 2 Exhibit 2nd reported# 3 Exhibit 3rd unreported# 4 Exhibit A# 5 Exhibit B)(Gothers, M.) (Entered: 07/14/2005) |
| 07/15/2005 | 56 | ORDER granting 50 Motion for Extension of Time . Good cause is found. Defendant shall have 21 days after the deposition to supplement its summary judgment motion. Signed by Judge Christopher F. Droney on 7/15/05. (Droney, Christopher) (Entered: 07/15/2005) |
| 07/21/2005 | 57 | MOTION for Extension of Time to File Response as to 51 MOTION for Summary Judgment until 30 days by Robert J. Felekey. (Gothers, M.) (Entered: 07/22/2005) |
| 08/04/2005 | 58 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. - - - ORDER granting 57 Motion by Plaintiff Robert J. Felekey for 30-day Extension of Time to File Reply as to 51 MOTION for Summary Judgment. Signed by Judge Christopher F. Droney on 8/4/05. (Newcomb, P.) (Entered: 08/04/2005) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/01/2005 17:06:55 | | |
| PACER Login: db0024 | Client Code: | |
| Description: Docket Report | Search Criteria: | 3:02-cv-00691-CFD |