**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | NOVEMBER 10, 2005 |

_____

**<u>DEMAND FOR TRIAL BY JURY</u>**

Pursuant to FRCP Rule 38(b) plaintiff demands a trial by jury of any issue triable

of right by a jury and represents there are numerous contested issues of fact which by

right may be tried by jury pursuant to FRCP Rule 38(a).

THE PLAINTIFF,
ROBERT FELEKEY


By:_____
William T. Shea (**ct 05211**)
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, Connecticut 06450
(203) 634-1444
His Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent this 10th day of November, 2005, via first class mail, postage prepaid, to:

Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT   06103-3499

Richard C. Tynan, Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

_____
William T. Shea