### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | SEPTEMBER 7, 2005 |

## MOTION FOR EXTENSION OF TIME

Plaintiff on July 19, 2005 filed a Motion in the above captioned matter for an extension of time to respond to defendant's Motion for Summary Judgment. In said Motion, plaintiff requested permission to depose Mr. Willem Weijer an individual who plaintiff believes has direct information concerning the allegations of defendant in defendant's Motion for Summary Judgment.

Defendant then denied that the court had agreed to and ordered the approval of the deposition of Mr. Weijer.

Plaintiff then, requested the court clarify that plaintiff is entitled to depose Mr. Weijer pursuant to Rule 56(e) and to extend the time for plaintiff to file his objection to defendant's Motion for Summary Judgment to a date 21 days after the completion of Mr. Weijer's deposition as stated in Judge Droney's order of 7/15/2005.

Plaintiff deposed Mr. Weijer in New Jersey on November 3, 2005 before a court reporter and the transcript of the deposition was to be delivered within one week.

Plaintiff has not received the transcript of Mr. Weijer's deposition and has repeatedly requested delivery from Rosenberg & Associates of Roseland, New Jersey and has been told that the transcript will not be delivered until November 28, 2005.

Plaintiff therefore respectfully requests an additional 30 days extension in which to respond to defendant's Summary Judgment as portions of the deposition testimony need be included pursuant to Rule 56(e).

Plaintiff has been unable to reach defendant's counsel for approval.

                THE PLAINTIFF,
                ROBERT FELEKEY

By:_____
       William T. Shea (**ct 05211**)
       Shea & Cook, P.C.
       290 Pratt Street
       P.O. Box 1856
       Meriden, Connecticut 06450
       (203) 634-1444
       His Attorney

## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was sent this 18th day of November, 2005, via facsimile and first class mail, postage prepaid, to:

      Eric L. Sussman, Esq.,
      Victoria Woodin Chavey, Esq.
      Day, Berry & Howard, LLP,
      CityPlace I,
      Hartford, CT   06103-3499

                                                                  William T. Shea