**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| | : | 3:02CV691 (CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY | : | |
| | : | DECEMBER 5, 2005 |
| Defendant. | : | |

## **APPEARANCE**

Please enter the appearance of the undersigned, **JEFFREY A. FRITZ**, for the Defendant, American Telephone & Telegraph Company ("AT&T"), in the above-entitled action.

Dated at Hartford, Connecticut this 5th day of December, 2005.

            /s/ Jeffrey A. Fritz
            Jeffrey A. Fritz   ct26667
            Day, Berry & Howard LLP
            CityPlace I, 185 Asylum Street
            Hartford, CT  06103-3499
            Telephone: (860) 275-0100
            Fax: (860) 275-0343
            *jafritz@dbh.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2005 a copy of foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                                                          /s/  Jeffrey A. Fritz
                                               Jeffrey A. Fritz