UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| | : | 3:02CV00691(CFD) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| AMERICAN TELEPHONE & TELEGRAPH COMPANY, | : | |
| | : | |
| | : | |
| Defendant. | : | DECEMBER 8, 2005 |

## REPLY BRIEF IN OPPOSITION TO
## PLAINTIFF'S DEMAND FOR TRIAL BY JURY

The Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully submits this Reply Brief in Opposition to Plaintiff's Demand for Trial by Jury.[1] Plaintiff's Reply to Defendant's Objection to Jury Claim ("Plaintiff's Brief") fundamentally misstates the requirements of Fed. R. Civ. P. 38(b). Rule 38(b) does not, as Plaintiff claims, "provide[] for a jury demand in writing at any time after the commencement of the action…." (Pl.'s Br. at 1.) On the contrary, the rule requires that a party seeking a jury trial make his demand "not later than 10 days after the service of the last pleading directed to [an issue triable by jury]." Fed. R. Civ. P. 38(b). AT&T filed the last pleading—its Answer and Affirmative Defenses—on February 14, 2005. Plaintiff failed to file his Demand for Trial by Jury until nine months later, on November 15, 2005.[2]

---

[1] Defendant's initial Objection to Plaintiff's Demand for Trial by Jury is, in substance, a Motion to Strike Plaintiff's Demand for Trial by Jury. As such, defendant is entitled to file this Reply Brief pursuant to Local Rule of Civil Procedure 7(d).

[2] Plaintiff is also incorrect in stating that "the final ripeness of the jury request will not be determined until the court has ruled on summary judgment as a trial by court or jury will depend on the court's decision." (Pl.'s Br. at 2.) This Court's ruling on the defendant's Motion for

Plaintiff has plainly failed to comply with Rule 38(b), nor has he demonstrated any colorable basis for excusing his failure. This Court should, therefore, reject the Plaintiff's Demand for Trial by Jury as untimely.

THE DEFENDANT,
AMERICAN TELEPHONE & TELEGRAPH COMPANY

By: \_\_\_\_/s/ Eric L. Sussman_____
Victoria Woodin Chavey (ct14242)
Eric L. Sussman (ct19723)
Jeffrey A. Fritz (ct26667)
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Fax: (860) 275-0343
Its Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent this date, via first class mail, postage prepaid, to:

William T. Shea
Shea & Cook, P.C.
290 Pratt Street
P.O. Box 1856
Meriden, Connecticut 06450

\_/s/ Eric L. Sussman_____
Eric L. Sussman

---

Summary Judgment has nothing to do with whether the Plaintiff's claims are triable to the court or a jury.