UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | : | DECEMBER 6, 2005 |

### PLAINTIFF'S REPLY TO DEFENDANT'S OBJECTION TO JURY CLAIM

This action was commenced by a writ, summons and complaint returned to the Superior Court for the Judicial District of New Haven at Meriden on April 23, 2002.

Defendant American Telephone and Telegraph Company filed a Notice of Filing of Petition for Remand on April 18, 2002.

The Connecticut General Statutes Section 52-215 provides for a party to file a claim for the jury list.

The removal was dated prior to the thirty day Superior Court claim deadline.

Federal Rules of Civil Procedure provides for a jury demand in writing at any time after the commencement of the action and filing the demand as required by Rule 5d plaintiff has complied with Rule 5(d) and in view of defendant's motion for summary

judgment the final ripeness of the jury request will not be determined until the court has ruled on summary judgment as a trial by court or jury will depend on the court's decision.

                                THE PLAINTIFF,
                                ROBERT FELEKEY


                      By:_____
                          William T. Shea (**ct 05211**)
                          Shea & Cook, P.C.
                          290 Pratt Street
                          P.O. Box 1856
                          Meriden, Connecticut 06450
                          (203) 634-1444
                          His Attorney


## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was sent this 18th day of November, 2005, via facsimile and first class mail, postage prepaid, to:

      Eric L. Sussman, Esq.,
      Victoria Woodin Chavey, Esq
      Jeffrey A. Fritz, Esq.
      Day, Berry & Howard, LLP,
      CityPlace I,
      Hartford, CT   06103-3499

                                    _____
                                    William T. Shea