UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | : | NOVEMBER 30, 2006 |

_____

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully requests and moves for an enlargement of the time designated in the Trial Memorandum Order of October 17, 2006 requiring the filing in the Office of the Clerk the Trial Memorandum on or before December 1, 2006.

Plaintiff has completed all aspects of the Trial Memorandum and forwarded the same to defendant's counsel except for the jury instructions which plaintiff's counsel assigned to an outside research assistant who has not completed his assignment.

Plaintiff moves for an enlargement of time to December 15, 2006.

Defendant's counsel has no objection to this modest request.

                                                THE PLAINTIFF,
                                                ROBERT J. FELEKEY


                                                By_____
                                                William T. Shea (**ct05211**)
                                                Shea & Cook, P.C.
                                                290 Pratt Street, P.O.Box 1856
                                                Meriden, CT 06450
                                                (203)634-1444
                                                His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this 30th day of November, 2006, via first class mail, postage prepaid, to:

Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Jeffrey A. Fritz, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

Richard C. Tynan, Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303

_____
William T. Shea