UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| AMERICAN TELEPHONE & TELEGRAPH COMPANY, | : | |
| Defendant. | : | DECEMBER 1, 2006 |

**MOTION IN LIMINE
TO EXCLUDE EVIDENCE RELATING TO DISMISSED AND/OR UNPLED CLAIMS**

The Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully moves in limine to exclude evidence relating to dismissed and/or unpled claims. Following this Court's November 3, 2004 Ruling on Motions to Dismiss, Plaintiff's only surviving claims included: (1) a breach of contract claim arising out of AT&T's termination of Plaintiff's employment; and (2) a claim for breach of the implied covenant of good faith and fair dealing based on that termination. Based on Plaintiff's representations in the Joint Trial Memorandum, Defendant anticipates that Plaintiff intends at trial to introduce evidence regarding alleged unpaid commissions, and his alleged entitlement to benefits under certain AT&T employment separation programs, including the Force Management Program ("FMP") and the Voluntary Retirement Incentive Program ("VRIP"). This Court should preclude Plaintiff from introducing any such evidence because: (1) his claim for unpaid commissions, which was part of his wrongful termination claim, has been dismissed; and (2) Plaintiff never pled any claims for entitlement to benefits under the FMP or the VRIP.

**ORAL ARGUMENT IS REQUESTED**

-2-

        DEFENDANT,
        AMERICAN TELEPHONE & TELEGRAPH
        COMPANY


        By _____
           Victoria Woodin Chavey (ct14242)
           Eric L. Sussman (ct19723)
           Day, Berry & Howard LLP
           CityPlace I
           Hartford, Connecticut 06103-3499
           (860) 275-0100
           Its Attorneys

## **CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to: William T. Shea, Esq., Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.


_____
Eric L. Sussman