UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | DECEMBER 1, 2006 |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE
TO EXCLUDE EVIDENCE RELATING TO DISMISSED AND/OR UNPLED CLAIMS**

The Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully submits this Memorandum of Law in Support of Its Motion in Limine to Exclude Evidence Relating to Dismissed and/or Unpled Claims. Following this Court's November 3, 2004 Ruling on Motions to Dismiss, Plaintiff's only surviving claims included: (1) a breach of contract claim arising out of AT&T's termination of Plaintiff's employment; and (2) a claim for breach of the implied covenant of good faith and fair dealing based on that termination. Based on Plaintiff's representations in the Joint Trial Memorandum, Defendant anticipates that Plaintiff intends at trial to introduce evidence regarding alleged unpaid commissions, and his alleged entitlement to benefits under certain AT&T employment separation programs, including the Force Management Program ("FMP") and the Voluntary Retirement Incentive Program ("VRIP"). This Court should preclude Plaintiff from introducing any such evidence because: (1) his claim for unpaid commissions, which was part of his wrongful termination claim, has been dismissed; and (2) Plaintiff never pled any claims for entitlement to benefits under the FMP or the VRIP.

Plaintiff's Complaint pled four causes of action: (1) wrongful termination; (2) breach of contract; (3) breach of the implied covenant of good faith and fair dealing; and (4) intentional

-2-

infliction of emotional distress. Defendant filed a Motion to Dismiss, which this Court granted in part on November 3, 2004. Specifically, the Court granted the Motion to Dismiss with respect to Plaintiff's claims for wrongful termination and intentional infliction of emotional distress, and denied the Motion with respect to Plaintiff's claims for breach of contract and breach of the implied covenant of good faith and fair dealing. (Ruling on Motions to Dismiss.)

Plaintiff's surviving claims are therefore that AT&T's actions "in terminating the Plaintiff's employment" constituted both a breach of contract and a breach of the covenant of good faith and fair dealing. (Compl., Counts Two and Three, ¶ 28.) Accordingly, the only issue for trial is whether Plaintiff's termination was proper, not whether Plaintiff is entitled to additional compensation or benefits.

Because this Court has dismissed Plaintiff's wrongful termination claim, and because Plaintiff never pled any claims for entitlement to benefits under the FMP or the VRIP, no evidence relating to these issues would properly be introduced by Plaintiff at trial, as it would not be relevant to any claims at trial. Fed. R. Evid. 402. Moreover, if such evidence were to be introduced at trial, the jury would likely be confused as to the nature of the claims presented for their consideration. For that reason, introduction of such evidence would be unduly prejudicial to the Defendant. Fed. R. Evid. 403.

For the foregoing reasons, this Court should grant AT&T's Motion in Limine to Exclude Evidence Relating to Dismissed and/or Unpled Claims.

-3-

DEFENDANT,
AMERICAN TELEPHONE & TELEGRAPH
COMPANY


By _____
    Victoria Woodin Chavey (ct14242)
    Eric L. Sussman (ct19723)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    Its Attorneys

## **CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to: William T. Shea, Esq., Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.


_____
Eric L. Sussman

-3-