**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | DECEMBER 1, 2006 |

**PLAINTIFF'S PROPOSED STATEMENT TO JURY PANEL**

Pursuant to this Court's Trial Memorandum Order, the Plaintiff, Robert J. Felekey,

respectfully submits this Statement to Jury Panel:

"Ladies and gentlemen, in this lawsuit, the Plaintiff, Robert Felekey, has sued AT&T for

damages arising out of his termination from employment on October 15, 1999 and claims he was

not paid his full commission for a sale he was responsible for in 1998.  Mr. Felekey began working

for AT&T in 1979.  On March 1, 1999, Mr. Felekey transferred to a position with AT&T Solutions

as a Client Services Executive, or CSE.  His supervisor's name was Willem Weijer.  You will hear

testimony by Mr. Felekey, Mr. Weijer and other witnesses during the course of this trial.

At some point after Mr. Weijer became Mr. Felekey's supervisor, Mr. Weijer put Mr.

Felekey on a Performance Improvement Plan, also referred to as a PIP.  There is a dispute between

the parties as to exactly when Mr. Weijer put Mr. Felekey on the PIP, but there is no dispute that

AT&T terminated Mr. Felekey's employment on October 15, 1999.

Mr. Felekey has two claims against AT&T concerning his termination.  First, he claims

that he had an employment contract with AT&T, and that under that contract, AT&T could only

terminate his employment for just and reasonable cause. Second, Mr. Felekey claims that AT&T

-2-

acted in bad faith when it terminated his employment.  I will instruct you on the law regarding

each of these claims after you have heard all of the evidence.

Mr. Felekey also claims he was entitled to an $82,000.00 sales commission for the

Starwood Hotel and Resort contract in violation of the Connecticut General Statutes.

AT&T claims that Mr. Felekey did not have an employment contract, and that he could be

terminated without just cause.  AT&T also claims that it nonetheless had just and reasonable cause

to terminate Mr. Felekey's employment on October 15, 1999.

The Plaintiff bears the burden of proving his claims by a preponderance of the evidence

and each of the parties is going to present documents and testimony regarding these issues.  After

the close of evidence, I will instruct you on the law and you will begin your deliberations."


PLAINTIFF,
ROBERT FELEKEY




By_____
        William T. Shea (ct05211)
        Shea & Cook, P.C.
        290 Pratt Street
        Meriden, CT  06450
        (203) 634-1444
        His Attorney