UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE & TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | DECEMBER 1, 2006 |

## DEFENDANT'S PROPOSED STATEMENT TO JURY PANEL

Pursuant to this Court's Trial Memorandum Order, the Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully submits this Statement to Jury Panel:

"Ladies and gentlemen, in this lawsuit, the Plaintiff, Robert Felekey, has sued AT&T for damages arising out of his termination from employment on October 15, 1999. Mr. Felekey began working for AT&T in 1979. On March 1, 1999, Mr. Felekey transferred to a position with AT&T Solutions as a Client Services Executive, or CSE. His supervisor's name was Willem Weijer. You will hear testimony by Mr. Felekey, Mr. Weijer and other witnesses during the course of this trial.

At some point after Mr. Weijer became Mr. Felekey's supervisor, Mr. Weijer put Mr. Felekey on a Performance Improvement Plan, also referred to as a PIP. There is a dispute between the parties as to exactly when Mr. Weijer put Mr. Felekey on the PIP, but there is no dispute that AT&T terminated Mr. Felekey's employment on October 15, 1999.

Mr. Felekey has two claims against AT&T. First, he claims that he had an employment contract with AT&T, and that under that contract, AT&T could only terminate his employment for just and reasonable cause. Second, Mr. Felekey claims that AT&T acted in bad faith when it

-2-

terminated his employment. I will instruct you on the law regarding each of these claims after you have heard all of the evidence.

AT&T claims that Mr. Felekey did not have an employment contract, and that he could be terminated without just cause. AT&T also claims that it nonetheless had just and reasonable cause to terminate Mr. Felekey's employment on October 15, 1999.

The Plaintiff bears the burden of proving his claims by a preponderance of the evidence and each of the parties is going to present documents and testimony regarding these issues. After the close of evidence, I will instruct you on the law and you will begin your deliberations."

DEFENDANT,
AMERICAN TELEPHONE & TELEGRAPH
COMPANY


By _____
    Victoria Woodin Chavey (ct14242)
    Eric L. Sussman (ct19723)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight mail, postage prepaid, to: William T. Shea, Esq., Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.

_____
Eric L. Sussman