UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | DECEMBER 1, 2006 |

**DEFENDANT'S PROPOSED VERDICT FORM**

The Defendant, American Telephone & Telegraph Company ("AT&T"), hereby submits this proposed Verdict Form. AT&T respectfully reserves the right to modify or supplement this form based upon the evidence presented at trial.

1. Do you find that Mr. Felekey has proven by a preponderance of the evidence that he had an employment contract with AT&T pursuant to which his employment could only be terminated for just and reasonable cause?

    No \_\_\_\_\_                Yes \_\_\_\_\_

    If you have answered NO to this Interrogatory, please proceed no further and report your verdict to the Court. If you have answered YES to this Interrogatory, please proceed to Interrogatory No. 2.

2. Do you find that Mr. Felekey has proven by a preponderance of the evidence that AT&T lacked just and reasonable cause to terminate his employment?

    No \_\_\_\_\_                Yes \_\_\_\_\_

    If you have answered NO to this Interrogatory, please proceed no further and report your verdict to the Court. If you have answered YES to this Interrogatory, please proceed to Interrogatory No. 3.

3. Do you find that Mr. Felekey has proven by a preponderance of the evidence that he has suffered damages as a result of AT&T's termination of his employment?

    No _____          Yes _____

  If you have answered NO to Interrogatory No. 3, please proceed to Interrogatory No. 5. If you have answered YES to Interrogatory No. 3, please proceed to Interrogatory No. 4.

4. What amount of damages, if any, do you find that Mr. Felekey has proven by a preponderance of the evidence?

    $_____

  Please proceed to Interrogatory No. 5.

5. Do you find that Mr. Felekey has proven by a preponderance of the evidence that AT&T acted in bad faith in terminating his employment?

    No _____          Yes _____

  If you have answered NO to Interrogatory No. 5, please proceed no further and report your verdict to the Court. If you have answered YES to Interrogatory No. 5, please proceed to Interrogatory No. 6.

6. Do you find that Mr. Felekey has proven by a preponderance of the evidence that he has suffered damages as a result of AT&T's bad faith, over and above any amounts listed in response to Interrogatory No. 4?

    No _____          Yes _____

  If you have answered NO to Interrogatory No. 6, please proceed no further and report your verdict to the Court. If you have answered YES to Interrogatory No. 6, please proceed to Interrogatory No. 7.

-3-

7. What amount of damages, if any, over and above any amounts listed in response to Interrogatory No. 4, do you find that Mr. Felekey has proven by a preponderance of the evidence?

$_____

Please report your verdict to the Court and have the foreperson of the jury sign the verdict form below.

_____
Foreperson