**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| AMERICAN TELEPHONE & TELEGRAPH COMPANY, | : | |
| Defendant. | : | MAY 21, 2007 |

**MOTION IN LIMINE TO EXCLUDE**
**APPRAISAL OF ECONOMIC LOSS OF GARY M. CRAKES**

The Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully requests that this Court exclude from evidence the Appraisal of Economic Loss of Gary M. Crakes, which Plaintiff has identified as a trial exhibit. Dr. Crakes' report is inadmissible because it is hearsay.

Defendant has submitted an accompanying Memorandum of Law in support of this Motion.

-2-

DEFENDANT,
AMERICAN TELEPHONE & TELEGRAPH
COMPANY


By     /s/ Eric L. Sussman
        Victoria Woodin Chavey (ct14242)
        Eric L. Sussman (ct19723)
        Day Pitney LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on , a copy of the foregoing **Motion in Limine** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


    /s/ Eric L. Sussman
    Eric L. Sussman