**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| AMERICAN TELEPHONE & TELEGRAPH COMPANY, | : : | |
| Defendant. | : | MAY 21, 2007 |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE**
**TO EXCLUDE APPRAISAL OF ECONOMIC LOSS OF GARY M. CRAKES**

The Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully submits this Memorandum of Law in Support of Its Motion in Limine to Exclude Appraisal of Economic Loss of Gary M. Crakes. Dr. Crakes' report is inadmissible because it is hearsay. Fed. R. Evid. 801, 802; <u>Granite Partners, L.P. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.</u>, No. 96 Civ. 7874, 2002 U.S. Dist. LEXIS 7535, at *19-20 (S.D.N.Y. 2002) (citing <u>Ake v. General Motors Corp.</u>, 942 F. Supp. 869, 877-78 (W.D.N.Y. 1996) and <u>Springer v. K-Mart Corp.</u>, 1998 U.S. Dist. LEXIS 23151 (E.D. La. Dec. 16, 1998)).

Accordingly, this Court should grant AT&T's Motion in Limine to Exclude Dr. Crakes' Report.

-2-

DEFENDANT,
AMERICAN TELEPHONE & TELEGRAPH
COMPANY


By  \_\_\_\_\_/s/ Eric L. Sussman_____
     Victoria Woodin Chavey (ct14242)
     Eric L. Sussman (ct19723)
     Day Pitney LLP
     CityPlace I
     Hartford, Connecticut 06103-3499
     (860) 275-0100
     Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on , a copy of the foregoing **Memorandum of Law** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


    \_\_\_\_/s/ Eric L. Sussman_____
     Eric L. Sussman