**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | MAY 21, 2007 |

**MOTION IN LIMINE TO EXCLUDE DOCUMENTS NOT IDENTIFIED IN JOINT**
**TRIAL MEMORANDUM AND/OR NOT PRODUCED IN DISCOVERY**

The Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully

requests that this Court exclude from evidence any documents that Plaintiff:  (1) failed to identify

in the Joint Trial Memorandum; and/or (2) failed to produce during the course of discovery.

AT&T herewith submits the accompanying Memorandum of Law in support of this

Motion.

DEFENDANT,
AMERICAN TELEPHONE & TELEGRAPH
COMPANY


By_____/s/ Victoria Woodin Chavey_____
        Victoria Woodin Chavey (ct14242)
        Eric L. Sussman (ct19723)
        Day Pitney LLP
        CityPlace I
        Hartford, CT  06103-3499
        (860) 275-0100
        Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on **May 21, 2007**, a copy of the foregoing **Motion In Limine To Exclude Documents Not Identified In Joint Trial Memorandum And/Or Not Produced In Discovery** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/ Victoria Woodin Chavey_____
Victoria Woodin Chavey