UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | MAY 21, 2007 |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE DOCUMENTS NOT IDENTIFIED IN JOINT TRIAL MEMORANDUM AND/OR NOT PRODUCED IN DISCOVERY

The Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully moves to exclude Plaintiff's trial exhibits that either were not among the 14 exhibits Plaintiff identified in the Joint Trial Memorandum or were not produced in discovery. On May 11, 2007, Plaintiff produced copies of his proposed trial exhibits. Although those exhibits were separated by 14 tabs, they bore little resemblance to the 14 exhibits Plaintiff had identified in the Joint Trial Memorandum. Rather, there appear to be over 200 discrete documents, many of which were never produced during the course of discovery (and which Defendant's counsel saw for the first time on May 11th).

By letter dated May 11, 2007, Defendant's counsel advised Plaintiff's counsel that Plaintiff's exhibits did not comport with the Joint Trial Memorandum and some had not been produced. Defendant's counsel also requested that Plaintiff's counsel provide a list of all the exhibits that he produced on May 11. (See Letter from Atty. Sussman to Atty. Shea of 5/11/07, attached as Exhibit A.)

Plaintiff's counsel responded by letter dated May 21, 2007, but did not produce a list of the proposed trial exhibits that had been produced on May 11. Rather, Plaintiff's counsel indicated

that, in an attempt to reduce the number of exhibits, he has used subexhibits. Plaintiff's counsel further stated that trial exhibits that had not produced in discovery have recently been located by the Plaintiff, but no further explanation of this alleged late discovery was given. (See Letter from Atty. Shea to Atty. Sussman of 5/21/07, attached as Exhibit B.)

AT&T objects to Plaintiff's use at trial of any exhibits not produced in discovery or listed on the Joint Trial Memorandum. Plaintiff filed this lawsuit in early 2002, challenging his 1999 termination of employment, and the parties filed the Joint Trial Memorandum in December 2006. It is far too late to add numerous trial exhibits that were not produced in discovery or identified in the Joint Trial Memorandum. The absence of a complete listing of Plaintiff's trial exhibits, as AT&T specifically requested, only exacerbates the problem caused by Plaintiff's significant expansion of his proposed trial exhibits and his delays. Indeed, in failing to produce certain documents until he included them in his trial exhibits,[1] failing to list in the Joint Trial Memorandum all of Plaintiff's approximately 200 or more trial exhibits, and then in ignoring AT&T's request for a listing of the hundreds of trial exhibits produced, Plaintiff has clearly failed to comply with the orderly procedures set forth in this Court's rules for trial preparation and has prejudiced AT&T's ability to prepare for trial.

---

[1] Fed. R. Civ. P. 26(e) requires parties to supplement their discovery responses, including supplemental production of documents. A party that fails to do so will not be permitted to use such evidence at trial unless the failure is harmless. Fed. R. Civ. P. 37(c)(1).

For all these reasons, AT&T respectfully requests that this Court exclude from evidence any documents Plaintiff failed to disclose during the course of discovery and/or failed to identify in the Joint Trial Memorandum.

DEFENDANT,
AMERICAN TELEPHONE & TELEGRAPH COMPANY


By_____/s/ Victoria Woodin Chavey_____
      Victoria Woodin Chavey (ct14242)
      Eric L. Sussman (ct19723)
      Day Pitney LLP
      CityPlace I
      Hartford, CT  06103-3499
      (860) 275-0100
      Its Attorneys

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on **May 21, 2007**, a copy of the foregoing **Memorandum Of Law In Support Of Motion In Limine To Exclude Documents Not Identified In Joint Trial Memorandum And/Or Not Produced In Discovery** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

____/s/ Victoria Woodin Chavey_____
Victoria Woodin Chavey
