# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

ERIC L. SUSSMAN
Attorney at Law

CityPlace I
Hartford, CT 06103
T: (860) 275 0276  F: (860) 275 0343
elsussman@daypitney.com

May 11, 2007

**VIA FACSIMILE AND FIRST CLASS MAIL**

William T. Shea, Esq.
Shea & Cook PC
290 Pratt Street
P.O. Box 1856
Meriden, CT 06450

Re:   Felekey v. AT&T—Plaintiff's Trial Exhibits

Dear Attorney Shea:

We received your client's trial exhibits this morning and discovered that the documents you produced are not consistent with your Exhibit List in the Joint Trial Memorandum. Furthermore, although you have marked only 14 documents with exhibit tabs, there appear to be over 200 discrete documents (many of which were never produced during the course of discovery), each of which should be identified as a separate exhibit.

Because your trial exhibits do not comport with the Exhibit List contained in the Joint Trial Memorandum, we respectfully request that you provide a revised and detailed list of all of your exhibits.

Very truly yours,

Eric L. Sussman