# SHEA & COOK, LLC

ATTORNEYS AT LAW
290 PRATT STREET
Post Office Box 1856
MERIDEN, CONNECTICUT 06450

WILLIAM T..SHEA
KERRY A. COOK

TELEPHONE
(203) 634-1444

~

FAX
203) 634-1297

May 21, 2007

Eric L. Sussman, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT  06103

Re:    Felekey vs. AT&T
       Civil Action No. 3:02cv00691

Dear Attorney Sussman:

I have reviewed your letter of May 11, 2007 concerning the trial exhibits which I forwarded to you on May 9, 2007.

You have objected to the form of my exhibits.  Each of the numbered trial exhibits concern a number of individual records of Mr. Felekey's employment history collated and bound in accordance with the various segments of his AT&T employment history.

Judge Droney suggested in our conference call we should attempt to limit the number of exhibits.  I have done this by collating individual items and documents into single exhibits with subexhibits  which reflect the various aspects of Mr. Felekey's years of successful employment at AT&T.  These will be offered through our witnesses as single exhibits with numbered subexhibits which will assist the jury in assessing Mr. Felekey's employment history and his claim of an implied contract of employment.  I have also added a copy of an article entitled "Rites of Passage" from the Bell Telephone Magazine published by the defendant in 1983 concerning among other things the future of employment security at AT&T.

I have reviewed our discovery production and any additions are contained in our exhibit list which have been recently discovered in Mr. Felekey's files.  We are forwarding them to comply with the plaintiff's ongoing responsibility to comply with your client's discovery requests.

I am submitting these changes to you and will appreciate your response and concurrence.  Copies of all exhibits will follow by overnight mail.

Very truly yours,

William T. Shea

WTS:law