## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | : | MAY 24, 2007 |

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE DR. GARY M. CRAKES REPORT AS A PLAINTIFF'S TRIAL EXHIBIT

Plaintiff, Robert J. Felekey respectfully objects to defendant's Motion In Limine to Exclude the appraisal of plaintiff's economic loss by Dr. Gary M. Crakes.

Plaintiff has submitted an accompanying Memorandum of Law in opposition to this motion.

                                                  THE PLAINTIFF,
                                                  ROBERT J. FELEKEY

                                          By   s/William T. Shea
                                                William T. Shea (**ct05211**)
                                                Shea & Cook, P.C.
                                                290 Pratt Street, P.O.Box 1856
                                                Meriden, CT 06450
                                                (203)634-1444
                                                His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this 24th day of May, 2007, via first class mail, postage prepaid, to:

> Eric L. Sussman, Esq.
> Day Pitney LLP
> CityPlace I
> Hartford, CT 06103-3499
>
> Victoria Woodin Chavey, Esq.
> Day Pitney LLP
> CityPlace I
> Hartford, CT 06103-3499
>
> Jeffrey A. Fritz, Esq.
> Day Pitney LLP
> CityPlace I
> Hartford, CT 06103-3499

                                            ____s/William T. Shea_____
                                                     William T. Shea