UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | : | MAY 24, 2007 |

**MEMORANDUM TO PLAINTIFF'S OBJECTION TO
DEFENDANT'S MOTION IN LIMINE TO EXCLUDE DR.
GARY M. CRAKES REPORT AS A PLAINTIFF'S TRIAL EXHIBIT**

Dr. Gary M. Crakes's statement "Appraisal of Economic Loss of Robert Felekey" is dated April 9, 2005 and was presented to defendant 's counsel at defendant's deposition of Dr. Crakes on June 8, 2005 and was submitted by facsimile transmission to Attorney Eric Sussman on April 11, 2005 at Attorney's Sussman's request.

Dr. Crake's statement was contained in an extensive deposition under oath as noticed by Attorney Sussman on June 8, 2005, Exhibit 1 attached.

Federal Rule of Evidence 801(d) states a statement by a witness given under oath in a deposition is not hearsay and Sec. 807 provides a Residual Exception when a statement not specifically covered by Rules 803 and 804 but having equivalent circumstantial guarantees of trust worthiness is not excluded by the hearsay rule if the court determines that (A) the statement is offered as evidence of a material fact and (C) the general purpose of these rules and the interest of justice will best be served by

admission of the statements into evidence. Rule 807 requires the plaintiff in this case to inform the adverse party with a fair opportunity to prepare to meet it.

    Plaintiff supplied a copy of Dr. Crake's statement forty-eight days prior to his deposition and more than two years prior to trial.

    THE PLAINTIFF,

    ROBERT J. FELEKEY

    By    s/William T. Shea
        William T. Shea (**ct05211**)
        Shea & Cook, P.C.
        290 Pratt Street, P.O.Box 1856
        Meriden, CT 06450
        (203)634-1444
        His Attorney

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was sent this 24th day of May, 2007, via first class mail, postage prepaid, to:

    Eric L. Sussman, Esq.
    Day Pitney LLP
    CityPlace I
    Hartford, CT 06103-3499

    Victoria Woodin Chavey, Esq.
    Day Pitney LLP
    CityPlace I
    Hartford, CT 06103-3499

    Jeffrey A. Fritz, Esq.
    Day Pitney LLP
    CityPlace I
    Hartford, CT 06103-3499

    s/William T. Shea
    William T. Shea