# EXHIBIT I

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. FELEKEY,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02CV00691 (CFD) |
| v. | |
| AMERICAN TELEPHONE AND<br>TELEGRAPH COMPANY<br>Defendant. | MAY 20, 2005 |

## NOTICE OF DEPOSITION

TO: William T. Shea, Esq.
Shea & Cook, P.C.
290 Pratt Street
P. O. Box 1856
Meriden, CT 06450

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendant in the above-captioned matter, American Telephone and Telegraph Company ("AT&T"), will take the deposition of **Gary Crakes** on **Wednesday, June 8, 2005** at **10:00 a.m.** at the offices of Day, Berry & Howard LLP, CityPlace I, 185 Asylum Street, 25th Floor, Hartford, Connecticut, before Sanders, Gale & Russell, court reporters, or other competent authority authorized to administer oaths. This deposition will continue until completed.

-2-

THE DEFENDANT,
AMERICAN TELEPHONE AND
TELEGRAPH COMPANY

By: _____
Victoria Woodin Chavey (ct14242)
Eric L. Sussman (ct19723)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
Its Attorneys

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent this date via facsimile and certified mail, return receipt requested, to: William T. Shea, Esq., of Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.

_____
Victoria Woodin Chavey