UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:02-CV-691 (CFD) |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | | |

**PRETRIAL ORDER**

In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on May 25, 2007. As a result of the pretrial conference, the Court issues this Pretrial Order.

    Plaintiff(s) counsel:        William Shea

    Defendant(s) counsel:        Victoria Woodin Chavey, Eric Sussman

1. <u>Jury Selection</u>

   Jury selection will be held on **July 11, 2007.** The evidence will begin **July 30, 2007 at 10:00 a.m.** The trial will last **approximately 3-9 days**.

   The parties will be selecting **9** jurors.

   The plaintiff has **3** peremptory challenges.

   The defendant has **3** peremptory challenges.

   At jury selection the Court will read the description of the case given to counsel at the pretrial conference.

2. <u>Jurisdiction</u>

   The parties agree that the Court has personal and subject matter jurisdiction over this case.

3. <u>Opening Statement</u>

   The parties will each be allowed **10** minutes for their opening statements at trial.

4. <u>Evidentiary Issues</u>

   The operative pleadings are the complaint dated **March 19, 2002,** and the answer and affirmative defenses dated **November 15, 2005**. The defendant shall notify the Court as to whether it will pursue its special defenses by **June 8, 2007.**

   The plaintiff's motion for permission to file a substitute exhibit list shall be argued on **May 30, 2007** at **3:00 p.m.**

   Any objections to the preliminary jury instructions are due by **June 8, 2007** and will be argued at the hearing on **June 28, 2007.**

   Any objections to exhibits and witnesses are due by **June 8, 2007**.

   Revised joint jury charges are due by **June 8, 2007.** The parties shall submit a copy of the revised joint jury charges on disk.

   A final list of joint stipulations is due on **June 28, 2007** at **11:30 a.m.**

   Counsel shall submit a final witness list by **July 11, 2007** at **9:30 a.m.**

   Exhibits will be marked on **July 11, 2007** at **9:30 a.m.** The parties shall provide the Court with an original set and two sets of copies of all exhibits on the morning of jury selection.

   There **will be** sequestration of witnesses during the trial.

5. <u>Motions in Limine</u>

   The parties shall file any additional motions in limine by **June 8, 2007.**

   The hearing on all motions in limine shall be **June 28, 2007** at **11:30 am.**

6. <u>Electronic Courtroom Equipment</u>

   The will notify the Court by **June 8, 2007** if they decide to use the Court's equipment.

7. <u>Objections</u>

   Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

   IT IS SO ORDERED that this Pretrial Order may be modified by order of the Court only

to prevent manifest injustice or for good cause shown.

Dated at Hartford, Connecticut, this  25th  day of May 2007.

                                              /s/ Christopher F. Droney
                                             **CHRISTOPHER F. DRONEY**
                                             **UNITED STATES DISTRICT JUDGE**