UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | JUNE 7, 2007 |

**MOTION IN LIMINE TO EXCLUDE**
**PROPOSED TRIAL TESTIMONY OF STEVEN CELIC**

The Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully moves to exclude the proposed trial testimony of Steven Celic. This Court should not permit Mr. Celic to testify as to the value of AT&T benefits because Plaintiff never disclosed him as an expert witness. Similarly, this Court should not permit Mr. Celic to testify to statements he allegedly made to Plaintiff because Plaintiff failed to disclose such testimony in the Joint Trial Memorandum.

In support of this Motion, Defendant submits the accompanying Memorandum of Law.

                                            DEFENDANT,
                                            AMERICAN TELEPHONE & TELEGRAPH
                                            COMPANY


                                            By_____/s/ Eric L. Sussman_____
                                                 Victoria Woodin Chavey (ct14242)
                                                 Eric L. Sussman (ct19723)
                                                 Day Pitney LLP
                                                 CityPlace I
                                                 Hartford, CT  06103-3499
                                                 (860) 275-0100
                                                 Its Attorneys

-2-

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on **June 7, 2007**, a copy of the foregoing **Motion In Limine To Exclude Proposed Trial Testimony of Steven Celic** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ Eric L. Sussman
                                                 Eric L. Sussman