**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:02CV691 (CFD) |
| | : | |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | JUNE 7, 2007 |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE**
**PROPOSED TRIAL TESTIMONY OF STEVEN CELIC**

The Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully moves to exclude the proposed trial testimony of Steven Celic. Plaintiff has identified Mr. Celic in the Joint Trial Memorandum as a trial witness. Specifically, he identifies Mr. Celic as a "retired AT&T and Sprint Executive…who is expected to testify as to the value of benefits paid by AT&T to its managers which constituted compensation over and above the direct job compensation." (Joint Tr. Mem. at 13.) Plaintiff never disclosed Mr. Celic as an expert in this case. Mr. Celic is therefore not qualified to offer an opinion as to the "value" of any "benefits" paid by AT&T to its managers. Indeed, even if Mr. Celic were permitted to testify as to the value of AT&T benefits as a lay witness, his testimony would be irrelevant. Mr. Celic left the employ of AT&T in 1998. Any testimony by him regarding the value of benefits available subsequently, in 1999, would be inadmissible as both speculative and irrelevant.

For the first time in this lawsuit, Plaintiff's counsel represented to the Court at oral argument on May 30, 2007, that Mr. Celic is also expected to testify that he told Plaintiff that Plaintiff could only be terminated from AT&T for cause. Plaintiff never testified at his deposition

-2-

that Mr. Celic made any such representations to him.[1]  Had he so testified, Defendant's counsel would have deposed Mr. Celic, as it did Mr. Lubecki.[2]  The Court should exclude any such testimony because:  (1) it is irrelevant, since Mr. Celic was never Plaintiff's manager; and (2) Plaintiff failed to disclose it in discovery or in the Joint Trial Memorandum.

For the foregoing reasons, AT&T respectfully requests that this Court exclude the proposed trial testimony of Steven Celic.

                             DEFENDANT,
                             AMERICAN TELEPHONE & TELEGRAPH
                             COMPANY


By_____
    Victoria Woodin Chavey (ct14242)
    Eric L. Sussman (ct19723)
    Day Pitney LLP
    CityPlace I
    Hartford, CT  06103-3499
    (860) 275-0100
    Its Attorneys

---

[1] Indeed, Plaintiff was Mr. Celic's manager; Mr. Celic was not Plaintiff's manager, and was therefore in no position to make any such assurances to Plaintiff.

[2] After Plaintiff testified at his deposition that Mr. Lubecki made representations to him in 1979 to the effect that, if Plaintiff made it through training, he would be with AT&T for life, Defendant deposed Mr. Lubecki.

-3-

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on **June 7, 2007**, a copy of the foregoing **Memorandum Of Law In Support Of Motion In Limine To Exclude Proposed Trial Testimony of Steven Celic** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                          _____ _____
                                                                          Eric L. Sussman