IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

----------------------------------x

ROBERT J. FELEKEY,

        Plaintiff,

  -versus-                :Civil Action No.
                         3:02CV0091 (CFD)

AMERICAN TELEPHONE AND
TELEGRAPH COMPANY,

        Defendant.

----------------------------------x  ORIGINAL

        Deposition of ROBERT J. FELEKEY, taken pursuant to The Federal Rules of Civil Procedure, at the law offices of Day, Berry & Howard LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut, before Patricia Saya, LSR No. 37, a Registered Professional Reporter and Notary Public in and for the State of Connecticut, on February 23, 2005, at 9:35 a.m.

1    A.    Well, I have worked as a substitute teacher on
2    and off for 4 years, not continuously, but during parts
3    of 4 years in West Hartford between other assignments.
4    Q.    While you were working as a substitute
5    teacher, were you also looking for other jobs?
6    A.    Most definitely.
7    Q.    What efforts did you make to look for other
8    jobs?
9    A.    Again, the details are quite a lengthy volume,
10   which will be delivered in the production, but briefly,
11   after maybe a hundred job searches, I was hired by EMC
12   Corporation out of Hopkinton, Massachusetts to be a
13   senior account executive in the Rocky Hill branch, with
14   a compensation package plan of $350,000.
15   Q.    When did you become employed by EMC
16   Corporation?
17   A.    In March of 2000.
18   Q.    Your annual salary was $350,000?
19   A.    No. It was a salary plus commission, so that
20   at quota, I would receive $350,000.
21   Q.    What was your base salary?
22   A.    You know, again, I don't recall exactly. I do
23   have it documented though. The figure that comes to
24   mind is 75,000, but I am not a hundred percent sure.
25   Q.    How long were you employed at EMC Corporation?

```
1    A.    Until August of 2000 -- 2000, yes.
2    Q.    So you worked there about 5 or 6 months?
3    A.    Yes, I think it was 6 months.
4    Q.    What happened in August of 2000?
5    A.    I left the company.
6    Q.    I'm sorry?
7    A.    I say I left EMC. I had been responsible for
8  selling multi-million-dollar systems to the dot com
9  market in Connecticut at the tail end of the dot com
10 bubble and as the dot com bust began. And so it became
11 increasingly difficult to get the startup companies to
12 spend multi-million dollars on any given system.
13   Q.    Is that why you left?
14   A.    Yes. I'm sorry, yes. That is why I left.
15   Q.    So you left voluntarily?
16   A.    Yes.
17   Q.    After you left EMC Corporation, did you
18 have -- strike that.
19         At the time that you resigned from EMC, did
20 you have another job lined up?
21   A.    I did not.
22   Q.    Did you start looking for another job after --
23   A.    I started looking for another job before, as I
24 recall.
25   Q.    But you didn't have one at the time that you
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------x

ROBERT J. FELEKEY,

        Plaintiff,

  -versus-             :Civil Action No.
                     3:02CV0091 (CFD)
                        Volume II

AMERICAN TELEPHONE AND
TELEGRAPH COMPANY,

        Defendant.

------------------------------x

        Continued Deposition of ROBERT J. FELEKEY, taken pursuant to The Federal Rules of Civil Procedure, at the law offices of Day, Berry & Howard LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut, before Patricia Saya, LSR No. 37, a Registered Professional Reporter and Notary Public in and for the State of Connecticut, on April 21, 2005, at 10:31 a.m.

(ORIGINAL stamp)

```
 1  but later on you said --
 2       A.   Yes, sir, I wasn't sure.
 3       Q.   -- you weren't sure?  You thought it might
 4  have officially been a termination?
 5       A.   Right.  Since then, I discovered, copied, and
 6  delivered to you a copy of my letter of resignation,
 7  dated on or about July 28th.  So I am confirming that I
 8  resigned.
 9       Q.   So it was a voluntary resignation from EMC?
10       A.   Yes.
11       Q.   Do you think that your performance at EMC was
12  good?
13       A.   Good?
14       Q.   Yes.  In your own opinion, was your
15  performance at AT&T -- I'm sorry, at EMC good?
16       A.   The EMC position was the beginning of a second
17  career in a totally different field, trying to overcome
18  the shock of having left AT&T.  I was given a few days
19  of training, some stationery, and a marketplace to go
20  after.  And I think I did as good a job as anyone could
21  do in that environment.
22       Q.   So is your answer to my question yes, that you
23  thought your performance at EMC was good?
24       A.   Yes.
25       Q.   Isn't it true, sir, that you were on a
```