UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | JUNE 7, 2007 |

**MOTION IN LIMINE TO EXCLUDE DEFENDANT'S PROPOSED
EXHIBITS #14 AND 15 A PERFORMANCE IMPROVEMENT PLAN OF
EMC CORPORATION PURPORTEDLY PREPARED FORPLAINTIFF,
<u>ROBERT J. FELEKEY, AND EMC EXIT INTERVIEW QUESTIONNAIRE</u>**

The plaintiff, Robert J. Felekey, respectfully requests that this court exclude from evidence EMC Corp. the Performance Improvement Plan dated July 10, 2000 and the EMC Exit Interview Questionnaire as they have nothing to do with plaintiff's employment with defendant, AT&T, is clearly hearsay and not relevant to the issues at trial.

Defendant has not indicated the name of any representative of EMC Corporation


2

and plaintiff would not have had the opportunity to depose such an individual if disclosed.

                    THE PLAINTIFF,
                    ROBERT J. FELEKEY

By   s/William T. Shea
     William T. Shea (**ct05211**)
     Shea & Cook, P.C.
     290 Pratt Street, P.O.Box 1856
     Meriden, CT 06450
     (203)634-1444
     His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this 7th day of June, 2007, via first class mail, postage prepaid, to:

Eric L. Sussman, Esq.
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499

Victoria Woodin Chavey, Esq.
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499

Jeffrey A. Fritz, Esq.
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499

                    s/William T. Shea
                    William T. Shea