UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | JUNE 7, 2007 |

**PLAINTIFF'S MEMORANDUM TO MOTION IN LIMINE
TO EXCLUDE DEFENDANT'S PROPOSED EXHIBITS #14
AND #15 A PERFORMANCE IMPROVEMENT PLAN OF EMC
CORPORATION PURPORTEDLY PREPARED FORPLAINTIFF,
ROBERT J. FELEKEY, AND EMC EXIT INTERVIEW QUESTIONNAIRE**

The plaintiff, Robert J. Felekey, respectfully submits its Memorandum of Law in Support of its Motion In Limine to exclude a Performance Improvement Plan for plaintiff, Robert J. Felekey, and the EMC Exit Interview Questionnaire as the proposed exhibits #14 and #15 are irrelevant in that they both concern Mr. Felekey's employment after he was terminated by defendant, AT&T, and have nothing to do with his termination by defendant or the mitigation of his claimed damages\.

Defendant has not indicated the name of any representative of EMC Corporation and had plaintiff known the name of such person he would have had the opportunity to depose such person or persons.

                                        THE PLAINTIFF,
                                        ROBERT J. FELEKEY


By    s/William T. Shea
        William T. Shea (**ct05211**)
        Shea & Cook, P.C.
        290 Pratt Street, P.O.Box 1856
        Meriden, CT 06450
        (203)634-1444
        His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this 7th day of June, 2007, via first class mail, postage prepaid, to:

    Eric L. Sussman, Esq.
    Day Pitney LLP
    CityPlace I
    Hartford, CT 06103-3499

    Victoria Woodin Chavey, Esq.
    Day Pitney LLP
    CityPlace I
    Hartford, CT 06103-3499

    Jeffrey A. Fritz, Esq.
    Day Pitney LLP
    CityPlace I
    Hartford, CT 06103-3499


                                        s/William T. Shea
                                        William T. Shea