## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | JUNE 8, 2007 |

_____

### PLAINTIFF'S OBJECTION TO DEFENDANT'S
### MOTION IN LIMINE TO EXCLUDE PROPOSED
### TRIAL TESTIMONY OF STEVEN CELIC

Plaintiff, Robert J. Felekey respectfully objects to defendant's Motion In Limine

to Exclude Proposed Trial Testimony of Steven Celic, a retired employee of defendant,

AT&T who has been listed in plaintiff's list of witnesses in the Joint Trial Memorandum.

Plaintiff has submitted an accompanying Memorandum of Law in opposition to

this motion.

THE PLAINTIFF,
ROBERT J. FELEKEY


By___s/William T. Shea_____
    William T. Shea (**ct05211**)
    Shea & Cook, P.C.
    290 Pratt Street, P.O.Box 1856
    Meriden, CT 06450
    (203)634-1444
    His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this 24th day of May, 2007, via first class mail, postage prepaid, to:

Eric L. Sussman, Esq.
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499

Victoria Woodin Chavey, Esq.
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499

Jeffrey A. Fritz, Esq.
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499

____s/William T. Shea_____
William T. Shea

2