UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | : | JUNE 8, 2007 |

**MEMORANDUM TO PLAINTIFF'S OBJECTION TO
DEFENDANT'S MOTION IN LIMINE TO EXCLUDE
<u>DOCUMENTS NOT IDENTIFIED IN JOINT TRIAL MEMORANDUM</u>**

    Plaintiff, following a telephone conference call on April 5, 2007, plaintiff's counsel required the plaintiff to attempt to find additional records which were not available to him at the time of his reaction and prodution of documents to defendant's counsel.

    Plaintiff's counsel reviewed the records which Mr. Felekey discovered in dead storage and identified them in a logical manner concerning the plaintiff's work history with the defendant and in particular as they related to his proficiency as an employee of defendant who defendant has claimed was terminated for just and reasonable cause (See Joint Trial Memorandum Pg. 4) and for performance.

    Plaintiff's revised exhibits were forwarded to defendant's counsel on May 10, 2007, eighty-one days prior to trial and corroborate the deposition testimony of plaintiff on February 23, 2005.

        THE PLAINTIFF,

        ROBERT J. FELEKEY

        By_____s/William T. Shea_____
            William T. Shea (**ct05211**)
            Shea & Cook, P.C.
            290 Pratt Street, P.O.Box 1856
            Meriden, CT 06450
            (203)634-1444
            His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this 8th day of June, 2007, via first class mail, postage prepaid, to:

    Eric L. Sussman, Esq.
    Day Pitney LLP
    CityPlace I
    Hartford, CT 06103-3499

    Victoria Woodin Chavey, Esq.
    Day Pitney LLP
    CityPlace I
    Hartford, CT 06103-3499

    Jeffrey A. Fritz, Esq.
    Day Pitney LLP
    CityPlace I
    Hartford, CT 06103-3499

        _____s/William T. Shea_____
            William T. Shea