UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | JUNE 8, 2007 |

**MEMORANDUM TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PROPOSED TRIAL TESTIMONY OF STEVEN CELIC**

Plaintiff respectfully objects to defendant's Motion In Limine to Exclude Proposed Testimony of Mr. Steven Celic, a retired executive of defendant, AT&T who will be offered as a fact witness concerning the benefits available to plaintiff, Robert J. Felekey at the time of his employment by the defendant in 1998 when plaintiff's employment by the Global Division of defendant was "reorganized" which resulted in the elimination of one job, the plaintiff's. Mr. Celic's testimony will be offered to corroborate the plaintiff's testimony concerning the benefits he received from the defendant which were terminated by defendant's termination of the plaintiff.

Mr. Celic will also testify as one of the senior management officials of the defendant as to the Code of Conduct of the defendant and the job security of a successful sales person over a twenty year span.

        THE PLAINTIFF,

        ROBERT J. FELEKEY

      By____s/William T. Shea_____
        William T. Shea (**ct05211**)
        Shea & Cook, P.C.
        290 Pratt Street, P.O.Box 1856
        Meriden, CT 06450
        (203)634-1444
        His Attorney

## **CERTIFICATION**

 This is to certify that a copy of the foregoing was sent this 8th day of June, 2007, via first class mail, postage prepaid, to:

  Eric L. Sussman, Esq.
  Day Pitney LLP
  CityPlace I
  Hartford, CT 06103-3499

  Victoria Woodin Chavey, Esq.
  Day Pitney LLP
  CityPlace I
  Hartford, CT 06103-3499

  Jeffrey A. Fritz, Esq.
  Day Pitney LLP
  CityPlace I
  Hartford, CT 06103-3499

        _____s/William T. Shea_____
        William T. Shea