UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT J. FELEKEY           :
    Plaintiff,              :
                            :
v.                          :    Civil Action No.
                            :    3:02-CV-691 (CFD)
AMERICAN TELEPHONE &        :
TELEGRAPH COMPANY           :
    Defendant.              :

## RULING ON MOTIONS IN LIMINE

In anticipation of trial, the parties made five motions in limine. The Court now addresses these motions.

The defendant, American Telephone & Telegraph Company ("AT&T") moved to exclude all evidence relating to dismissed and unpled claims [docket # 79] and the Appraisal of Economic Loss report by Dr. Gary M. Crakes [docket # 91]. These motions are denied without prejudice to being reasserted at trial.

AT&T's motion to exclude the proposed trial testimony of Stephen Celic [docket # 103] is denied without prejudice to being reasserted at trial. In addition, as the Court alerted the parties at the June 28, 2007 hearing, the Court will require a detailed proffer concerning the anticipated testimony of this witness before he will be permitted to testify.

AT&T's motion to exclude all documents not identified by the plaintiff in the joint trial memorandum [docket # 93] is granted. The Court's trial memorandum order of October 17, 2006 required the parties to submit a joint trial memorandum in accordance with the District of Connecticut's Standing Order Regarding Trial Memoranda in Civil Cases (D. Conn. Jan. 1, 2003). Paragraph Eleven of the Standing Order requires the parties to "[a]ttach a list of all

1

exhibits . . . that each party will offer at trial on the case-in-chief. Exhibits not listed, except rebuttal and impeachment exhibits, will not be admissible at trial except for good cause shown." The joint trial memorandum submitted by the parties identified thirty-one exhibits for the plaintiff. As the plaintiff has not shown good cause to supplement those thirty-one exhibits, no additional exhibits shall be admissible in the plaintiff's case-in-chief.

The plaintiff's motion to exclude AT&T's exhibits 14 and 15 from evidence [docket # 106] is denied without prejudice to being reasserted at trial.

SO ORDERED this __3rd__ day of July 2007 at Hartford, Connecticut.

    /s/ Christopher F. Droney
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**