## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
| Defendant. | : | JUNE 8, 2007 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S
## MOTION IN LIMINE TO EXCLUDE DOCUMENTS NOT IDENTIFIED IN
## JOINT TRIAL MEMORANDUM

Plaintiff, Robert J. Felekey respectfully objects to defendant's Motion In Limine to Exclude documents not identified in Joint Trial Memorandum and not produced in discovery.

Plaintiff has submitted an accompanying Memorandum of Law in opposition to this motion.

                              THE PLAINTIFF,
                              ROBERT J. FELEKEY


                              By___s/William T. Shea_____
                                   William T. Shea (**ct05211**)
                                   Shea & Cook, P.C.
                                   290 Pratt Street, P.O.Box 1856
                                   Meriden, CT 06450
                                   (203)634-1444
                                   His Attorney

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent this 24th day of May, 2007, via first class mail, postage prepaid, to:

> Eric L. Sussman, Esq.
> Day Pitney LLP
> CityPlace I
> Hartford, CT 06103-3499
>
> Victoria Woodin Chavey, Esq.
> Day Pitney LLP
> CityPlace I
> Hartford, CT 06103-3499
>
> Jeffrey A. Fritz, Esq.
> Day Pitney LLP
> CityPlace I
> Hartford, CT 06103-3499

                                                              ____s/William T. Shea_____
                                                                  William T. Shea