**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV00691(CFD) |
| | : | |
| V. | : | |
| | : | |
| AMERICAN TELEPHONE AND | : | |
| TELEGRAPH COMPANY | : | |
|     Defendant. | : | JUNE 8, 2007 |

_____

**PLAINTIFF'S OBJECTION TO DEFENDANT'S**
**MOTION IN LIMINE TO EXCLUDE PROPOSED**
**TRIAL TESTIMONY OF STEVEN CELIC**

     Plaintiff, Robert J. Felekey respectfully objects to defendant's Motion In Limine to Exclude Proposed Trial Testimony of Steven Celic, a retired employee of defendant, AT&T who has been listed in plaintiff's list of witnesses in the Joint Trial Memorandum.

     Plaintiff has submitted an accompanying Memorandum of Law in opposition to this motion.

                                        THE PLAINTIFF,
                                        ROBERT J. FELEKEY


                                      By___s/William T. Shea_____
                                            William T. Shea (**ct05211**)
                                            Shea & Cook, P.C.
                                            290 Pratt Street, P.O.Box 1856
                                            Meriden, CT 06450
                                            (203)634-1444
                                            His Attorney

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was sent this 24th day of May, 2007, via first class mail, postage prepaid, to:

   Eric L. Sussman, Esq.
   Day Pitney LLP
   CityPlace I
   Hartford, CT 06103-3499

   Victoria Woodin Chavey, Esq.
   Day Pitney LLP
   CityPlace I
   Hartford, CT 06103-3499

   Jeffrey A. Fritz, Esq.
   Day Pitney LLP
   CityPlace I
   Hartford, CT 06103-3499

          ____s/William T. Shea_____
             William T. Shea