UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:02CV691 (CFD) |
| v. | : | |
| | : | |
| AMERICAN TELEPHONE & TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | JULY 11, 2006 |

### DEFENDANT'S FINAL WITNESS LIST

Pursuant to the Court's Pretrial Order, the defendant respectfully submits this Final Witness List. Defendant plans to call the following witnesses at trial:

1. **William Bangert**—Former AT&T employee. Mr. Bangert is expected to testify regarding the circumstances surrounding Plaintiff's termination from AT&T.

2. **Bill Blinn**—Former AT&T employee. Mr. Blinn may be called to testify regarding the circumstances surrounding Plaintiff's termination from AT&T.

3. **Bill Oates**—Former employee of an AT&T client. Mr. Oates may be called to testify regarding his interactions as a client of AT&T, with Plaintiff.

4.  **John O'Brien**—AT&T employee. Mr. O'Brien may testify, if necessary based on the Court's evidentiary rulings at trial, about Plaintiff's performance, including but not limited to the reason Plaintiff transferred out of AT&T Global Services and the basis of the commission award to Plaintiff in early 1999.

5.  **Richard Spina**—AT&T employee. Mr. Spina may testify, if necessary, based on the Court's evidentiary rulings at trial, about the basis for the decision to transfer Plaintiff to AT&T Solutions.

6.  **Kathy Swirz**—AT&T employee. Ms. Swirz is expected to testify regarding the circumstances surrounding Plaintiff's termination from AT&T. Ms. Swirz may also testify with regard to various Human Resources issues that may arise, depending on the Court's evidentiary rulings at trial.

7.  **Willem Weijer**—Former AT&T employee. Mr. Weijer is expected to testify about Plaintiff's performance, including but not limited to: (1) the basis for the decision to put Plaintiff on a PIP; and (2) the basis for the decision to terminate Plaintiff's employment.

8.  **EMC Corporation Representative**—This individual, as yet unidentified, is expected to testify concerning Plaintiff's performance at EMC Corporation, where he worked

following his termination from AT&T, and the circumstances of his separation from EMC Corporation.

9. **AT&T Benefits Representative**—This individual, as yet unidentified, may be called to testify, if necessary, regarding AT&T's benefits package and about how those benefits would have applied to Plaintiff had he remained an AT&T employee.

10. **Records Custodian**—This individual, as yet unidentified, may be called to testify, if necessary, regarding authenticity of Defendant's records.

>                               DEFENDANT,
>                               AMERICAN TELEPHONE & TELEGRAPH
>                               COMPANY
>
>
>                               By  /s/ Eric L. Sussman
>                                   Victoria Woodin Chavey (ct14242)
>                                   Eric L. Sussman (ct19723)
>                                   Day Pitney LLP
>                                   CityPlace I
>                                   Hartford, CT  06103-3499
>                                   (860) 275-0100
>                                   Its Attorneys

-4-

**ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on **July 11, 2007**, a copy of the foregoing **Final Witness List** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  ___/s/ Eric L. Sussman_____
                                  Eric L. Sussman