# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL NO. 3:02CV691 (CFD) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| AMERICAN TELEPHONE & | : | |
| TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | AUGUST 3, 2007 |

## DEFENDANT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION

      Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully submits the following proposed supplemental jury instruction:

      1.    Under Connecticut law, it is illegal to record a telephone conversation without the consent of all parties.

Conn. Gen. Stat. § 52-570d.

                                       DEFENDANT,
                                       AMERICAN TELEPHONE & TELEGRAPH
                                       COMPANY


                                  By /s/ Eric L. Sussman
                                      Victoria Woodin Chavey (ct14242)
                                      Eric L. Sussman (ct19723)
                                      Jeffrey A. Fritz (ct26667)
                                      Day Pitney LLP
                                      242 Trumbull Street
                                      Hartford, Connecticut 06103-1212
                                      (860) 275-0100
                                      Its Attorneys

-2-

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on **August 3, 2007**, a copy of the foregoing **Defendant's Proposed Supplemental Jury Instructions** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ Eric L. Sussman_____
                                Eric L. Sussman