UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. FELEKEY, | : | CIVIL NO. 3:02CV691 (CFD) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| AMERICAN TELEPHONE & TELEGRAPH COMPANY, | : | |
| | : | |
| Defendant. | : | AUGUST 3, 2007 |

**MOTION FOR DIRECTED VERDICT**

Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, Defendant, American Telephone & Telegraph Company ("AT&T"), respectfully submits its Motion for Directed Verdict. The Court should grant this motion because Plaintiff, Robert J. Felekey ("Plaintiff"), has failed to offer legally sufficient evidence upon which a reasonable jury could conclude that he had an implied employment agreement with AT&T that it could only terminate his employment for "just and reasonable cause." The language or conduct he has identified on AT&T's part, as a matter of law, does not amount to a clear and definite promise by AT&T. Moreover, even if Plaintiff had offered sufficient evidence that he had an employment agreement with AT&T, he has failed to produce sufficient evidence upon which a reasonable jury could conclude that AT&T breached the agreement, as no genuine issue of material fact exists concerning whether AT&T had just and reasonable cause to terminate his employment. In addition, Plaintiff's breach of the implied covenant of good faith and fair dealing claim necessarily fails, as Plaintiff has not presented any evidence that AT&T breached the alleged employment agreement in bad faith. Accordingly, the Court should grant AT&T's motion and direct the verdict in its favor. Moreover, should the Court find that Plaintiff has offered legally sufficient evidence to support his claims, the Court should partially direct the verdict in AT&T's

-2-

favor on damages because Plaintiff voluntarily quit his subsequent employment with EMC Corporation.

For the foregoing reasons, as set forth more fully in the accompanying Memorandum of Law, the Court should direct the verdict in AT&T's favor.

        DEFENDANT,
        AMERICAN TELEPHONE & TELEGRAPH
        COMPANY


By /s/ Jeffrey A. Fritz  _____
    Victoria Woodin Chavey (ct14242)
    Eric L. Sussman (ct19723)
    Jeffrey A. Fritz (ct26667)
    Day Pitney  LLP
    242 Trumbull Street
    Hartford, Connecticut 06103-1212
    (860) 275-0100
    Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was delivered this date via hand delivery at trial, to: William T. Shea, Esq., Shea & Cook, P.C., 290 Pratt Street, P.O. Box 1856, Meriden, CT 06450.

        /s/_____
          Jeffrey A. Fritz