Case 3:02-cv-00691-CFD    Document 127-10    Filed 08/03/2007    Page 1 of 1