UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT J. FELEKEY
       Plaintiff

CASE NUMBER:

v.

3:02CV691 (CFD)

AMERICAN TELEPHONE &
TELEGRAPH COMPANY
       Defendant.

**PROPOSED VERDICT FORM**

-1-

## SECTION I: BREACH OF IMPLIED CONTRACT

1. Do you find that Mr. Felekey has proven by a preponderance of the evidence that he had an employment contract with AT&T pursuant to which he could only be terminated for just and reasonable cause?

        Yes _____          No _____

**If you have answered "Yes" to question 1 please proceed to question 2 below. If you answered "No" to question 1 please proceed to Section III.**

2. Answer this question **only if** you answered "yes" to question 1: Do you find that Mr. Felekey proved by a preponderance of the evidence that AT&T lacked just cause to terminate his employment?

        Yes _____          No _____

**If you have answered "Yes" to question 2 please proceed to question 3 below. If you answered "No" to question 2 please proceed to Section III.**

3. Answer this question **only if** you answered "yes" to question 2: What amount of damages, if any, do you find Mr. Felekey proved by a preponderance of the evidence?

        $ _____

**Please proceed to Section II.**

## SECTION II: BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

**Only answer the questions in this section if you answered "Yes" to questions 1-2 in Section I.**

1. Do you find that Mr. Felekey proved by a preponderance of the evidence that AT&T acted in bad faith when it terminated his employment?

    Yes _____        No _____

**If you answered "Yes" to this question, proceed to question 2. If you answered "No to this question, proceed to Section III.**

2. Do you find that Mr. Felekey proved by a preponderance of the evidence that he has suffered damages as a result of AT&T's bad faith, over and above any amounts listed in response to Section I, question 3?

    Yes _____        No _____

**If you answered "Yes" to this question, proceed to question 3. If you answered "No" to this question, proceed to Section III.**

3. What amount of damages, if any, do you find Mr. Felekey proved, by a preponderance of the evidence, that he suffered from AT&T's bad faith?

    $ _____

**Please proceed to Section III.**

## **SECTION III**

Your deliberations are now complete, and you should have your jury foreperson sign in the space provided.

---

Signature of Foreperson