UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROBERT J. FELEKEY** | **CASE NUMBER:** |
| Plaintiff | |
| v. | 3:02CV691 (CFD) |
| **AMERICAN TELEPHONE &** | |
| **TELEGRAPH COMPANY** | |
| Defendant. | |

## VERDICT FORM



## SECTION I: BREACH OF IMPLIED CONTRACT

1. Do you find that Mr. Felekey has proven by a preponderance of the evidence that he had an employment contract with AT&T pursuant to which he could only be terminated for just and reasonable cause?

        Yes _____               No __X__

**If you have answered "Yes" to question 1 please proceed to question 2 below. If you answered "No" to question 1 please proceed to Section III.**

2. Answer this question **only if** you answered "yes" to question 1: Do you find that Mr. Felekey proved by a preponderance of the evidence that AT&T lacked just cause to terminate his employment?

        Yes _____               No _____

**If you have answered "Yes" to question 2 please proceed to question 3 below. If you answered "No" to question 2 please proceed to Section III.**

3. Answer this question **only if** you answered "yes" to question 2: What amount of damages, if any, do you find Mr. Felekey proved by a preponderance of the evidence?

        $ _____

**Please proceed to Section II.**

## SECTION II: BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

Only answer the questions in this section if you answered "Yes" to both questions 1 and 2 in Section I.

1. Do you find that Mr. Felekey proved by a preponderance of the evidence that AT&T acted in bad faith when it terminated his employment?

    Yes _____    No _____

If you answered "Yes" to this question, proceed to question 2. If you answered "No to this question, proceed to Section III.

2. Do you find that Mr. Felekey proved by a preponderance of the evidence that he has suffered damages as a result of AT&T's bad faith, over and above any amounts listed in response to Section I, question 3?

    Yes _____    No _____

If you answered "Yes" to this question, proceed to question 3. If you answered "No" to this question, proceed to Section III.

3. What amount of damages, if any, do you find Mr. Felekey proved, by a preponderance of the evidence, that he suffered from AT&T's bad faith?

    $ _____

**Please proceed to Section III.**

## SECTION III

Your deliberations are now complete, and you should have your jury foreperson sign in the space provided.

_____
**Signature of Foreperson**