UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. FELEKEY | : |
| v. | :    CASE NO. 3:02CV691 (CFD) |
| AMERICAN TELEPHONE & TELEGRAPH COMPANY | : |

## JUDGMENT

This matter came before the Court for a trial before a jury and the Honorable Christopher F. Droney, United States District Judge; and

On August 6, 2007, after deliberation, the jury having returned a verdict for the defendant; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 7th day of August, 2007.

KEVIN F. ROWE, Clerk

By /s/ Devorah Johnson
    Devorah Johnson
    Deputy Clerk